**EXHIBIT 6**

*U.S. Patent No. 12,409,382*

**EXHIBIT 6**
**INITIAL INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 12,409,382**

DraftKings infringes, directly and indirectly, at least claims 1–26 and 29 of U.S. Patent No. 12,409,382 (the '382 patent). All of DraftKings' products designed for Apple's iOS and Google's Android operating system that allow gambling or betting (the Accused Products), infringe literally and under the Doctrine of Equivalents, the '382 patent, including:

- DraftKings Sportsbook and Casino
- DraftKings Fantasy Sports
- DraftKings Casino Real Money
- DK Horse Racing & Betting
- Golden Nugget Online Casino
- DraftKings Pick6: Fantasy Game

The following claim chart is representative and demonstrates how DraftKings Sportsbook and Casino directly infringes claims 1–26 and 29 of the '382 patent. In addition to directly infringing, DraftKings also induces its customers to infringe by manufacturing and making available the Accused Products and contributorily infringes by manufacturing and making available the Accused Products, which are a material part of the invention of the '382 patent, in a manner in which they are adapted for use to infringe without any substantial non-infringing uses. For example, DraftKings induces its users how to infringe the '382 patent through the use of extensive support and frequently asked questions pages, available at https://support.draftkings.com/dk/en-us training guides available at https://support.draftkings.com/dk/en-us/draftkings-new-player-getting-started-guide?id=kb_article_view&sysparm_article= KB0010391, training videos available at YouTube.com (and other social media platforms), and within its mobile applications.

The information included in this chart is derived from publicly available sources, including screenshots of the Accused Products, Internet resources, and a review of the decompiled bytecode of the DraftKings Sportsbook and Casino application using the commercially available JEB Decompiler by PNF Software. The DraftKings Sportsbook and Casino application (APK), version 5.13.0, was obtained from the Google Play Store. Based on information available to Plaintiff at this time, including the aforementioned bytecode analysis, DraftKings Sportsbook and Casino is representative of all Accused Products, including both iOS and Android operating systems (OS), because it utilizes the same or similar backend servers, the GeoComply library, and allows for similar functionality for the user.

| Claim Element | Accused Products |
|---|---|
| **[1.P]** A smart phone, comprising: | The Accused Products include "a smart phone[.]"<br><br>For example, the Accused Products include mobile applications designed for use on smartphones:<br><br>https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US.<br><br>**Mobile App Requirements**<br><br>*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*<br><br>Note for those on Android:<br><br>The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.<br><br>• It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.<br><br>• It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.<br><br>*See* https://www.draftkings.com/mobileapps. |



*U.S. Patent No. 12,409,382*



*See* https://support.draftkings.com/dk/en-us/can-i-access-draftkings-from-my-phone-or-tablet-us?id=kb_article_view&sysparm_article=KB0010754.

The Accused Products are also downloadable from the Google Play Store.

https://play.google.com/store/apps/details?id=com.draftkings.sportsbook&hl=en_US.

4



Apple App Store:



The Accused Products specifically state the application is for gaming:

| | |
|---|---|
| | <br>https://sportsbook.draftkings.com/sportsbook-app. |
| **[1.1]** a memory having instructions stored thereon that, when executed by at least one processor, cause the at least one processor to execute a wrapper application and a gambling application associated with the wrapper application, wherein the gambling application is configured to perform wagering actions in | The Accused Products utilize "a memory having instructions stored thereon that, when executed by at least one processor, cause the at least one processor to execute a wrapper application and a gambling application associated with the wrapper application, wherein the gambling application is configured to perform wagering actions in connection with a gambling service[.]"<br><br>Specifically, the Accused Products are designed to run on mobile devices and web-enabled devices that include memory with instructions for the Accused Products. Moreover, the Accused Products include a gambling application that is configured to perform wagering actions in connection with a gambling service. |

| connection with a gambling service; and | https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US.<br><br><br><br>*See* https://www.draftkings.com/mobileapps. |
|---|---|

8



9



*See* https://support.draftkings.com/dk/en-us/can-i-access-draftkings-from-my-phone-or-tablet-us?id=kb_article_view&sysparm_article=KB0010754.

The Accused Products are also downloadable from the Google Play Store.

https://play.google.com/store/apps/details?id=com.draftkings.sportsbook&hl=en_US.



11

Apple App Store:



The Accused Products specifically state the application is for gaming:



https://sportsbook.draftkings.com/sportsbook-app.

The Accused Products' gambling application is associated with a wrapper application that is executed.

For example, the Accused Products for the Android OS are Android applications that are executed by the Android Runtime or Dalvik Virtual Machine (a wrapper). *See* https://source.android.com/docs/core/runtime. Moreover, on information and belief, the Accused Products also include cross-platform bytecode, including React, Xamarin, etc. Each of which is also executed by a Wrapper, such as the C# Virtual Machine or a web browser.

| | |
|---|---|
| **[1.2.A]** wherein the wrapper application is configured to: determine that the smart phone is authorized to use the gambling service by: determining that the smart phone is not running an unapproved process; | The Accused Products include functionality wherein "the wrapper application is configured to: determine that the smart phone is authorized to use the gambling service by: determining that the smart phone is not running an unapproved process[.]" <br><br> The Accused Products check for unapproved processes in a number of ways. <br><br> First, the Accused Products receive a list of at least 50 disallowed processes from their associated backend servers. These processes include processes that indicate a device is root or running in a virtual machine or emulator, etc. <br><br> If any of these processes are running, gambling is unauthorized. <br><br> Second, the Accused Products specifically look for whether a process known as Frida is running. This is a separate and distinct check from the processes listed above. Particularly, the Accused Products search /proc/PID/maps directories (where PID is the process ID of the Accused Products running application) for any memory artifacts that begin with *frida.* or *frida-.* <br><br> Third, the Accused Products look for whether dynamic instrumentation processes are executing. This is a separate and distinct check from the processes listed above. Particularly, the Accused Products search various Linux system mechanisms to identify these running processes. <br><br> Finally, the Accused Products also search for running unauthorized Java modules using a Java-specific mechanism. <br><br> The following screen, which prevents gaming, is displayed if the device is running any disallowed processes: |



15

| | |
|---|---|
| **[1.2.B]** determining that the smart phone does not have an unapproved application installed; and | The Accused Products determine "that the smart phone does not have an unapproved application installed[.]"<br><br>Specifically, if the device has any unauthorized applications on it, the following message is presented to the user:<br><br> |

|  |  |
|---|---|
|  | This indicates that a "list of application installed on the device" is accessed to determine that the "FakeGPS" application is installed.<br><br>This is also confirmed by a review of the bytecode. For example, the Accused Products specifically call an Android SDK function to generate a list of installed applications on the device. This list is then sent to backend servers and verified against a list of unapproved applications and the response is sent to the Accused Products' application. If any unapproved applications are installed, gambling is not authorized. |
| **[1.2.C]** determining that an operating system running on the smart phone is approved for use with the gambling service; and | The Accused Products determine "that an operating system running on the smart phone is approved for use with the gambling service[.]"<br><br>Specifically, a review of the bytecode confirms the Accused Products determine if the device is running an unauthorized operating system in a number of ways. For example, the device's operating system is checked to ensure that it is not emulated or executing in a virtual environment, including other checks.<br><br>Additionally, on information and belief, the operating system version is additionally checked by the Accused Products' associated backend servers. |
| **[1.2.D]** in response to determining that the smart phone is authorized to use the gambling service, enable a user of the smart phone to gamble using the gambling application. | The Accused Products, "in response to determining that the smart phone is authorized to use the gambling service, enable a user of the smart phone to gamble using the gambling application."<br><br>As explained in Claim Elements 1.2.A–1.2.C, if the device is running any unapproved processes or has any unapproved applications installed, or is running an unapproved operating system, gambling is not permitted. Otherwise, gambling is permitted.<br><br>In addition, the Accused Products detect if the user (and thus the smart phone) is authorized and logged in to allow or disallow gaming. If the user is not authorized, it will not allow that user to bet without first gaining authorization. Authorization is done through logging in, which is sent to the Accused Products' servers and the servers transmit successful or failed authorization to the Accused Products' application. The following screen shows that the Accused Products' application will not allow betting unless the user has been properly authorized: |

17



(Android)                                                (iOS)

18

| | |
|---|---|
| | If the user is appropriately authorized, the Accused Products allow betting as shown below:<br><br><br><br>(Android)                    (iOS) |
| **[2.1]** The smart phone of claim 1, wherein to determine that the smart phone is not running an unapproved process, the wrapper application is configured to: | The Accused Products "determine that the smart phone is not running an unapproved process, the wrapper application is configured to: obtain a list of processes running on the smart phone."<br><br>*See* Claim Element 1.2.A. |

| | |
|---|---|
| obtain a list of processes running on the smart phone; and | |
| **[2.2]** identify whether the list of processes running on the smart phone includes an unapproved process by comparing the list of processes running on the smart phone with a list of unapproved processes. | The Accused Products "identify whether the list of processes running on the smart phone includes an unapproved process by comparing the list of processes running on the smart phone with a list of unapproved processes." <br><br> *See* Claim Element 1.2.A. |
| **[3]** The smart phone of claim 2, wherein the list of unapproved processes includes a process associated with malware, a process associated with remote access technology, or a process associated with obtaining root access. | The Accused Products detect a "list of unapproved processes [that] includes a process associated with malware, a process associated with remote access technology, or a process associated with obtaining root access." <br><br> *See* Claim Element 1.2.A for detecting a list of processes associated with root. <br><br> Additionally, if the device is connected to a computer with remote access (Android Debug Bridge) enabled, the following message is displayed: |



21

| | |
|---|---|
| **[4.1]** The smart phone of claim 1, wherein to determine that the smart phone does not have an unapproved application installed, the wrapper application is configured to: obtain a list of applications installed on the smart phone; and | The Accused Products "determine that the smart phone does not have an unapproved application installed, the wrapper application is configured to: obtain a list of applications installed on the smart phone."<br><br>*See* Claim Element 1.2.B. |
| **[4.2]** identify whether the list of applications installed on the smart phone includes an unapproved application by comparing the list of applications installed on the smart phone with a list of unapproved applications. | The Accused Products "determine that the smart phone does not have an unapproved application installed, the wrapper application is configured to: identify whether the list of applications installed on the smart phone includes an unapproved application by comparing the list of applications installed on the smart phone with a list of unapproved applications."<br><br>*See* Claim Element 1.2.B. |
| **[5.1]** The smart phone of claim 1, wherein to determine that the smart phone does not have an unapproved application installed, the wrapper application is configured to: determine a signature of the gambling application and a timestamp corresponding to when the signature was created; | The Accused Products determine "a signature of the gambling application and a timestamp corresponding to when the signature was created."<br><br>On information and belief, the Accused Products utilize at least the Google Integrity API to verify that the application has not been tampered with. Google's documentation at https://support.google.com/googleplay/android-developer/answer/13857328?hl=en states:<br><br>*Google Play's integrity and signing services help you ensure that users experience your apps and games in the way you intend. You can use the **App integrity** page (**Test and release** > **App integrity**) in Play Console to:*<br>*...*<br>   &bull; *Set up automatic protection to prevent unauthorized modification and redistribution.*<br>   &bull; *Set up Play app signing to allow Google Play to manage your app signing key and use it to sign each release*<br><br>Part of this integrity check includes checking the software signature against the original signature to detect tampering and detecting that a timestamp is in-range relative to the signature creation. |

| | On information and belief, the Accused Products also send a separate signature to their associated backend servers, and along with this signature a start and end timestamp based on when the signature was created. |
|---|---|
| **[5.2]** determine whether the gambling application is unmodified from an approved version by comparing the signature of the gambling application to an approved application signature; and | The Accused Products "determine whether the gambling application is unmodified from an approved version by comparing the signature of the gambling application to an approved application signature[.]" <br><br> *See* Claim Element 5.1. |
| **[5.3]** determine whether the timestamp is within a predetermined threshold of time. | The Accused Products "determine whether the timestamp is within a predetermined threshold of time." <br><br> *See* Claim Element 5.1. |
| **[6]** The smart phone of claim 1, wherein to determine that the operating system running on the smart phone is approved for use with the gambling service, the wrapper application is configured to: compare the operating system with a list of approved operating systems. | The Accused Products "determine that the operating system running on the smart phone is approved for use with the gambling service, the wrapper application is configured to: compare the operating system with a list of approved operating systems." <br><br> *See* Claim Element 1.2.C. |
| **[7.1]** The smart phone of claim 1, wherein to determine that the operating system running on the smart phone is approved for use with the gambling service, the wrapper application is configured to: obtain information identifying one or more system files; and | The Accused Products "determine that the operating system running on the smart phone is approved for use with the gambling service, the wrapper application is configured to: obtain information identifying one or more system files." <br><br> *See* Claim Element 1.2.C for determining that the operating system running on the smart phone is approved for use with the gambling service. <br><br> A review of the bytecode also confirms that the Accused Products examine installed files on the device along with a MD5 or Sha256 signature, including system files. On information and belief, this information is sent to the associated backend servers, which in turn, compares |

| | |
|---|---|
| | the signature of these system files with known good values to identify the validity of the file. On information and belief, the application code for iOS implementations functions similarly. |
| **[7.2]** compare the information identifying the one or more system files to information identifying approved system files. | The Accused Products "compare the information identifying the one or more system files to information identifying approved system files."<br><br>*See* Claim Element 7.1. |
| **[8.1]** The smart phone of claim 1, wherein to determine that the operating system running on the smart phone is approved for use with the gambling service, the wrapper application is configured to:<br>obtain information identifying one or more system files; and | The Accused Products "determine that the operating system running on the smart phone is approved for use with the gambling service, the wrapper application is configured to: obtain information identifying one or more system files[.]"<br><br>*See* Claim Element 7.1. |
| **[8.2]** compare the information identifying the one or more system files to information identifying unapproved system files. | The Accused Products "compare the information identifying the one or more system files to information identifying unapproved system files."<br><br>*See* Claim Element 7.1. |
| **[9]** The smart phone of claim 1, wherein the wrapper application is further configured to determine that the smart phone is authorized to use the gambling service by: determining that one or more communication interfaces of the smart phone are disabled. | The Accused Products comprise a "wrapper application that is further configured to determine that the smart phone is authorized to use the gambling service by: determining that one or more communication interfaces of the smart phone are disabled."<br><br>The Accused Products confirm that "developer options" are not enabled and the device is not using the Android Debug Interface ("ADB"). If either of the "developer options" are enabled and/or the device is connected to a computer via the Android Debug Interface and/or plugged in via USB to a computer, then the following message is displayed: |



The Accused Products will not allow use of the gambling service until the ADB is disabled by disabling developer options and unplugging the USB from a computer.

| | |
|---|---|
| **[10]** The smart phone of claim 9, wherein the one or more communication interfaces of the smart phone include a USB port or a docking interface. | The Accused Products comprise "one or more communication interfaces of the smart phone include a USB port or a docking interface."<br><br>*See* Claim 9. |
| **[11]** The smart phone of claim 1, wherein the wrapper application is further configured to determine that the smart phone is authorized to use the gambling service by: determining that one or more communication interfaces of the smart phone are inactive. | The Accused Products comprise "determining that one or more communication interfaces of the smart phone are inactive."<br><br>*See* Claim 9. |
| **[12]** The smart phone of claim 11, wherein the one or more communication interfaces of the smart phone include a USB port or a docking interface. | The Accused Products comprise "one or more communication interfaces of the smart phone include a USB port or a docking interface."<br><br>*See* Claim 9. |
| **[13]** The smart phone of claim 1, wherein the wrapper application is further configured to execute, at least in part, the gambling application. | The Accused Products include "wherein the wrapper application is further configured to execute, at least in part, the gambling application."<br><br>*See* Claim Element 1.P and 1.1. |
| **[14.P]** A computer-implemented method, comprising: | The Accused Products include a "computer-implemented method, comprising[.]"<br><br>*See* Claim Element 1.P and the remainder of Claim 1. |
| **[14.1]** providing a gambling application on a smart phone, the gambling application configured to perform wagering actions in connection with a gambling service; | The Accused Products provide "a gambling application on a smart phone, the gambling application configured to perform wagering actions in connection with a gambling service[.]"<br><br>*See* Claim Element 1.1. |
| **[14.2.a]** determining, by a wrapper application associated with the | The Accused Products determine "by a wrapper application associated with the gambling application, that the smart phone is authorized to use the gambling service[.]" |

| | |
|---|---|
| gambling application, that the smart phone is authorized to use the gambling service by: | *See* Claim Element 1.1. |
| **[14.2.b]** determining that the smart phone is not running an unapproved process; | The Accused Products determine "that the smart phone is not running an unapproved process[.]"<br><br>*See* Claim Element 1.2.A. |
| **[14.2.c]** determining that the smart phone does not have an unapproved application installed; and | The Accused Products determine "that the smart phone does not have an unapproved application installed[.]"<br><br>*See* Claim Element 1.2.B. |
| **[14.2.d]** determining that an operating system running on the smart phone is approved for use with the gambling service; and | The Accused Products determine "that an operating system running on the smart phone is approved for use with the gambling service[.]"<br><br>*See* Claim Element 1.2.C. |
| **[14.3]** in response to determining that the smart phone is authorized to use the gambling service, enabling, by the wrapper application, a user of the smart phone to gamble using the gambling application. | The Accused Products determine "that the smart phone is authorized to use the gambling service, enabling, by the wrapper application, a user of the smart phone to gamble using the gambling application."<br><br>*See* Claim Element 1.2.D. |
| **[15.1]** The computer-implemented method of claim 14, wherein determining that the smart phone is not running an unapproved process includes:<br>obtaining a list of processes running on the smart phone; and | The Accused Products determine "that the smart phone is not running an unapproved process includes: obtaining a list of processes running on the smart phone[.]"<br><br>*See* Claim Element 2.1. |
| **[15.2]** identifying whether the list of processes running on the smart phone includes an unapproved process by comparing the list of processes running on the smart | The Accused Products identify "whether the list of processes running on the smart phone includes an unapproved process by comparing the list of processes running on the smart phone with a list of unapproved processes."<br><br>*See* Claim Element 2.2. |

| | |
|---|---|
| phone with a list of unapproved processes. | |
| **[16]** The computer-implemented method of claim 15, wherein the list of unapproved processes includes a process associated with malware, a process associated with remote access technology, or a process associated with obtaining root access. | The Accused Products detect a "list of unapproved processes includes a process associated with malware, a process associated with remote access technology, or a process associated with obtaining root access." *See* Claim 3. |
| **[17.1]** The computer-implemented method of claim 14, wherein determining that the smart phone does not have an unapproved application installed includes: obtaining a list of applications installed on the smart phone; and | The Accused Products determine "that the smart phone does not have an unapproved application installed includes, obtaining a list of applications installed on the smart phone[.]" *See* Claim Element 4.1. |
| **[17.2]** identifying whether the list of applications installed on the smart phone includes an unapproved application by comparing the list of applications installed on the smart phone with a list of unapproved applications. | The Accused Products identify "whether the list of applications installed on the smart phone includes an unapproved application by comparing the list of applications installed on the smart phone with a list of unapproved applications." *See* Claim Element 4.2. |
| **[18.1]** The computer-implemented method of claim 14, wherein determining that the smart phone does not have an unapproved application installed includes: determining a signature of the gambling application and a timestamp corresponding to when the signature was created; | The Accused Products determine "that the smart phone does not have an unapproved application installed includes: determining a signature of the gambling application and a timestamp corresponding to when the signature was created[.]" *See* Claim Element 5.1. |

| | |
|---|---|
| **[18.2]** determining whether the gambling application is unmodified from an approved version by comparing the signature of the gambling application to an approved application signature; and | The Accused Products determine "whether the gambling application is unmodified from an approved version by comparing the signature of the gambling application to an approved application signature[.]"<br><br>*See* Claim Element 5.2. |
| **[18.3]** determining whether the timestamp is within a predetermined threshold of time. | The Accused Products determine "whether the timestamp is within a predetermined threshold of time."<br><br>*See* Claim Element 5.3. |
| **[19]** The computer-implemented method of claim 14, wherein determining that the operating system running on the smart phone is approved for use with the gambling service includes: comparing the operating system with a list of approved operating systems. | The Accused Products determine "that the operating system running on the smart phone is approved for use with the gambling service includes: comparing the operating system with a list of approved operating systems."<br><br>*See* Claim 6. |
| **[20.1]** The computer-implemented method of claim 14, wherein determining that the operating system running on the smart phone is approved for use with the gambling service includes: obtaining information identifying one or more system files; and | The Accused Products determine "that the operating system running on the smart phone is approved for use with the gambling service includes: obtaining information identifying one or more system files[.]"<br><br>*See* Claim Element 7.1. |
| **[20.2]** comparing the information identifying the one or more system files to information identifying approved system files. | The Accused Products compare "the information identifying the one or more system files to information identifying approved system files."<br><br>*See* Claim Element 7.2. |

| | |
|---|---|
| **[21.1]** The computer-implemented method of claim 14, wherein determining that the operating system running on the smart phone is approved for use with the gambling service includes: obtaining information identifying one or more system files; and | The Accused Products determine "that the operating system running on the smart phone is approved for use with the gambling service includes: obtaining information identifying one or more system files[.]"<br><br>*See* Claim Element 8.1. |
| **[21.2]** comparing the information identifying the one or more system files to information identifying unapproved system files. | The Accused Products compare "the information identifying the one or more system files to information identifying unapproved system files."<br><br>*See* Claim Element 8.2. |
| **[22]** The computer-implemented method of claim 14, wherein determining that the smart phone is authorized to use the gambling service further includes: determining that one or more communication interfaces of the smart phone are disabled. | The Accused Products determine "that the smart phone is authorized to use the gambling service further includes: determining that one or more communication interfaces of the smart phone are disabled."<br><br>*See* Claim 9. |
| **[23]** The computer-implemented method of claim 22, wherein the one or more communication interfaces of the smart phone include a USB port or a docking interface. | The Accused Products determine "one or more communication interfaces of the smart phone include a USB port or a docking interface."<br><br>*See* Claim 10. |
| **[24]** The computer-implemented method of claim 14, wherein determining that the smart phone is authorized to use the gambling service further includes: determining that one or more communication interfaces of the smart phone are inactive. | The Accused Products determine "that the smart phone is authorized to use the gambling service further includes: determining that one or more communication interfaces of the smart phone are inactive."<br><br>*See* Claim 11. |

30

| | |
|---|---|
| **[25]** The computer-implemented method of claim 24, wherein the one or more communication interfaces of the smart phone include a USB port or a docking interface. | The Accused Products determine "one or more communication interfaces of the smart phone include a USB port or a docking interface." <br><br> *See* Claim 12. |
| **[26.P]** A system, including: | The Accused Products include "a system[.]" <br><br> *See* Claim Element 1.P and Claim Element 1.1 |
| **[26.1]** a smart phone configured to perform wagering actions in connection with a gambling service; | The Accused Products are "[a] system, including: a smart phone configured to perform wagering actions in connection with a gambling service[.]" <br><br> *See* Claim Element 1.P and Claim Element 1.1. |
| **[26.2.A]** means for determining that the smart phone is authorized to use the gambling service by: determining that the smart phone is not running an unapproved process; | The Accused Products include a "means for determining that the smart phone is authorized to use the gambling service by: determining that the smart phone is not running an unapproved process[.]" <br><br> *See* Claim Element 1.2.A. |
| **[26.2.B]** determining that the smart phone does not have an unapproved application installed; | The Accused Products include a "means for determining that the smart phone is authorized to use the gambling service by:" "determining that the smart phone does not have an unapproved application installed[.]" <br><br> *See* Claim Element 1.2.B. |
| **[26.2.C]** determining that an operating system running on the smart phone is approved for use with the gambling service; and | The Accused Products determine "that an operating system running on the smart phone is approved for use with the gambling service[.]" <br><br> *See* Claim Element 1.2.C. |
| **[26.2.D]** determining that one or more communication interfaces of the smart phone are disabled or inactive; and | The Accused Products determine "that one or more communication interfaces of the smart phone are disabled or inactive[.]" <br><br> *See* Claim 9. |
| **[26.3]** means for, in response to determining that the smart phone is authorized to use the gambling | The Accused Products determine "that the smart phone is authorized to use the gambling service, enabling a user of the smart phone to gamble using a gambling application on the smart phone." |

| | |
|---|---|
| service, enabling a user of the smart phone to gamble using a gambling application on the smart phone. | *See* Claim Element 1.2.D. |
| **[27.P]** A system, including: | The Accused Products include "[a] system, including[.]"<br><br>*See* Claim Element 1.P and Claim Element 1.1. |
| **[27.1]** a smart phone configured to perform wagering actions in connection with a gambling service; and | The Accused Products are "[a] system, including: a smart phone configured to perform wagering actions in connection with a gambling service[.]"<br><br>*See* Claim Element 1.P and Claim Element 1.1. |
| **[27.2.B]** one or more server computers, associated with the gambling service, configured to: determine that the smart phone is authorized to use the gambling service by: determining that the smart phone is not running an unapproved process; | The Accused Products determine "that the smart phone is not running an unapproved process[.]"<br><br>*See* Claim Element 1.2.A. |
| **[27.2.C]** determining that the smart phone does not have an unapproved application installed; and | The Accused Products determine "that the smart phone does not have an unapproved application installed[.]"<br><br>*See* Claim Element 1.2.B and Claim Element 5.1. |
| **[27.2.D]** determining that an operating system running on the smart phone is approved for use with the gambling service; and | The Accused Products determine "that an operating system running on the smart phone is approved for use with the gambling service[.]"<br><br>*See* Claim Element 1.2.C |
| **[27.2.E]** transmit, to the smart phone, the determination that the smart phone is authorized to use the gambling service, wherein the smart phone is further configured to, in response to receiving the determination that the | The Accused Products "transmit, to the smart phone, the determination that the smart phone is authorized to use the gambling service, wherein the smart phone is further configured to, in response to receiving the determination that the smart phone is authorized to use the gambling service, enable a user of the smart phone to gamble using a gambling application."<br><br>*See* Claim Element 1.2.D. |

| | |
|---|---|
| smart phone is authorized to use the gambling service, enable a user of the smart phone to gamble using a gambling application. | |
| **[28.1]** The system of claim 27, wherein to determine that the smart phone is not running an unapproved process, the one or more server computers are collectively configured to:<br>obtain a list of processes running on the smart phone; and | The Accused Products "determine that the smart phone is not running an unapproved process, the one or more server computers are collectively configured to: obtain a list of processes running on the smart phone[.]"<br><br>*See* Claim Element 2.1. |
| **[28.2]** identify whether the list of processes running on the smart phone includes an unapproved process by comparing the list of processes running on the smart phone with a list of unapproved processes. | The Accused Products identify "whether the list of processes running on the smart phone includes an unapproved process by comparing the list of processes running on the smart phone with a list of unapproved processes."<br><br>*See* Claim Element 2.2 |
| **[29]** The system of claim 28, wherein the list of unapproved processes includes a process associated with malware, a process associated with remote access technology, or a process associated with obtaining root access. | The Accused Products detect a "list of unapproved processes includes a process associated with malware, a process associated with remote access technology, or a process associated with obtaining root access."<br><br>*See* Claim 3. |