**EXHIBIT 7**

*U.S. Patent No. 8,974,302*

**EXHIBIT 7**
**INITIAL INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,974,302**

DraftKings infringes, directly and indirectly, at least claims 1–17, 19–24, 26, 28–40 of U.S. Patent No. 8,974,302 (the '302 patent). All of DraftKings' products designed for Apple's iOS that allow gambling or betting (the Accused Products), infringe literally and under the Doctrine of Equivalents, the '302 patent, including:

- DraftKings Sportsbook and Casino
- DraftKings Fantasy Sports
- DraftKings Casino Real Money
- DK Horse Racing & Betting
- Golden Nugget Online Casino
- DraftKings Pick6: Fantasy Game

The following claim chart is representative and demonstrates how DraftKings Sportsbook and Casino directly infringes claims 1–17, 19–24, 26, 28–40 of the '302 patent. In addition to directly infringing, DraftKings also induces its customers to infringe by manufacturing and making available the Accused Products and contributorily infringes by manufacturing and making available the Accused Products, which are a material part of the invention of the '302 patent, in a manner in which they are adapted for use to infringe without any substantial non-infringing uses. For example, DraftKings induces its users how to infringe the '302 patent through the use of extensive support and frequently asked questions pages, available at https://support.draftkings.com/dk/en-us training guides available at https://support.draftkings.com/dk/en-us/draftkings-new-player-getting-started-guide?id=kb_article_view&sysparm_article=KB0010391, training videos available at YouTube.com (and other social media platforms), and within its mobile applications.

The information included in this chart is derived from publicly available sources, including screenshots of the Accused Products, Internet resources, and a review of the decompiled bytecode of the DraftKings Sportsbook and Casino application using the commercially available JEB Decompiler by PNF Software. The DraftKings Sportsbook and Casino application (APK), version 5.13.0, was obtained from the Google Play Store. Based on information available to Plaintiff at this time, including the aforementioned bytecode analysis, DraftKings Sportsbook and Casino is representative of all Accused Products, including both iOS and Android operating systems (OS), because it utilizes the same or similar backend servers, the GeoComply library, and allows for similar functionality for the user.

| Claim Element | Accused Products |
|---|---|
| **[1.P]** An apparatus comprising: | The Accused Products are designed for and intended to run on "[a]n apparatus[.]"<br><br>Specifically, the Accused Products are designed to run on mobile devices and web-enabled devices. https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US.<br><br>## Mobile App Requirements<br><br>*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*<br><br>Note for those on Android:<br><br>The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.<br><br>• It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.<br><br>• It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.<br><br>*See* https://www.draftkings.com/mobileapps. |
| **[1.A]** a machine readable medium having stored thereon a set of | The Accused Products execute on "a machine readable medium having stored thereon a set of instructions that are configured to cause a processor to[.]" |

| Claim Element | Accused Products |
|---|---|
| instructions that are configured to cause a processor to: | As explained above, the Accused Products are designed to run on mobile devices and web-enabled devices. These devices include machine readable mediums (*e.g.*, non-volatile memory) that store the executable code for the Accused Products. *See* https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US.<br><br>**Mobile App Requirements**<br><br>*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*<br><br>Note for those on Android:<br><br>The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.<br><br>• It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.<br><br>• It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.<br><br>*See* https://www.draftkings.com/mobileapps. |

| Claim Element | Accused Products |
|---|---|
|  |  The Accused Products are also downloadable from the Google Play Store and the Apple App Store. |

4

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| | https://play.google.com/store/apps/details?id=com.draftkings.sportsbook&hl=en_US.<br><br> |

5

| Claim Element | Accused Products |
|---|---|
| | Apple App Store:  |

| Claim Element | Accused Products |
|---|---|
| **[1.B]** determine whether a mobile device is authorized to use a gaming service; | The Accused Products "determine whether a mobile device is authorized to use a gaming service[.]"<br><br>Specifically, the Accused Products make several determinations regarding whether a mobile device is authorized. This includes, but is not limited to, whether the device is plugged into a computer, whether the device is rooted, if developer options are enabled on the device, or if the application code has been tampered with.  If any of these options are found to be true, the Accused Products display, for example as shown below, a message stating the account is locked and provide the following reasons: |

7



| Claim Element | Accused Products |
|---|---|
| | This is further confirmed from a review of the bytecode of the Accused Products. For example, there are at least 12 different methods that the Accused Products use to determine if a device is "rooted" or jailbroken. The Accused Products also "determine whether a user of the mobile device is authorized to use the gaming service" for example, by determining whether the gaming application has been tampered with. Specifically, the Accused Products make use of a web service to validate if the application bytecode or binary has not been been altered.<br><br>Finally, the Accused Products also "determine whether a user of the mobile device is authorized to use the gaming service" by confirming that "developer options" are not enabled and the device is not using the Android Debug Interface (ADB). If either the "developer options" are enabled and/or the device is connected to a computer via the Android Debug Interface and/or USB, then the following message is displayed: |

9



| Claim Element | Accused Products |
|---|---|
| **[1.C]** determine whether a user of the mobile device is authorized to use the gaming service; | The Accused Products "determine whether a user of the mobile device is authorized to use the gaming service[.]" <br><br> Specifically, the Accused Products require user authorization through a login screen in order to utilize any of the betting function. For example, upon selecting any function that allows betting in the application, the Accused Products display the following screen: |

| Claim Element | Accused Products |
|---|---|
| |

(Android)                                               (iOS) |

12

| Claim Element | Accused Products |
|---|---|
|  | When the user selects the "LOG IN" button, the following screen is shown presenting a username and password input:<br><br><br><br>(Android)                                                                                       (iOS) |

13

| Claim Element | Accused Products |
|---|---|
| | If the user correctly enters a valid username/password combination, the Accused Products allow betting operations (assuming all of the other checks, such as location checks, are successful as well):  (Android)                                                                 (iOS) |

14

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| **[1.D]** to repeatedly: determine whether the mobile device is within or without a geographical area in which the user is allowed to engage in gaming activity on the mobile device; | The Accused Products "repeatedly: determine whether the mobile device is within or without a geographical area in which the user is allowed to engage in gaming activity on the mobile device[.]"<br><br>This element is met by several different mechanisms within the Accused Products. For example, throughout use of the application, a user may be repeatedly prompted to confirm or check their location, as shown below:<br><br> <br><br>(Android)　　　　(iOS) |

| Claim Element | Accused Products |
|---|---|
| | As a result of this explicit check, if the user is not within "a geographical area in which the user is allowed to engage in gaming activity," the following message is displayed:<br><br><br><br>(Android) |

16

| Claim Element | Accused Products |
|---|---|
| |  <br> (iOS)                                                                                                                                                   (iOS) |

17

| Claim Element | Accused Products |
|---|---|
| | Otherwise, the user is allowed to proceed with gaming if the user is within a geographic area where they are allowed to engage in gaming activity.<br><br>In addition to the explicit checks, a review of the bytecode confirms that there are a number of location checks that occur without explicit user involvement. Specifically, the Accused Products, in part, utilize the Google Play services GMS location API, including a fused location provider for providing geofencing and geographical area handling. This includes determining its location via GPS, cellular, and Wi-Fi as a fused source of locational data. On information and belief, the application code for iOS implementations functions similarly. As noted in the Google Android documentation found at https://developers.google.com/location-context/fused-location-provider, it states:<br><br>*The fused location provider is a location API in Google Play services that intelligently combines different signals to provide the location information that your app needs.*<br>*The fused location provider manages the underlying location technologies, such as GPS and Wi-Fi, and provides a simple API that you can use to specify the required quality of service.*<br><br>Using the aforementioned APIs along with Google Android's Geofence API, the Accused Products also "repeatedly: determine whether the mobile device is within or without a geographical area in which the user is allowed to engage in gaming activity on the mobile device." Specifically, the Accused Products use Android's Geofence and GeofencingEvent objects, and receive Geofence events through a custom BroadcastReceiver implementation. This is further explained in the Google Android documentation found at https://developer.android.com/develop/sensors-and-location/location/geofencing, which states that "*for each geofence, you can ask Location Services to send you entrance and exit events, or you can specify a duration within the geofence area to wait, or dwell, before triggering an event.*" The Google Android documentation additionally states, "*[a] BroadcastReceiver gets updates when an event occurs, such as a transition into or out of a geofence, and can start long-running background work.*" |
| **[1.E]** allow or disallow the user's gaming activity based at | The Accused Products "allow or disallow the user's gaming activity based at least in part on the determination that the mobile device is authorized, the determination that the user is authorized, and the determination that the mobile device is located within or without (respectively) the gaming-allowed geographical area[.]" |

18

| Claim Element | Accused Products |
|---|---|
| least in part on the determination that the mobile device is authorized, the determination that the user is authorized, and the determination that the mobile device is located within or without (respectively) the gaming-allowed geographical area; and | The Accused Products detect if the user is authorized and logged in to allow or disallow gaming. If the user is not authorized, it will not allow that user to bet without first gaining authorization as shown in the following screen:<br><br><br><br>(Android)                                        (iOS) |

19

| Claim Element | Accused Products |
|---|---|
| | If the user is appropriately authorized, the Accused Products allow betting as shown below:<br><br><br><br>(Android)                                                                    (iOS) |

20

| Claim Element | Accused Products |
|---|---|
|  | In the event the user is not in a geolocation that allows gaming, the Accused Products disallow gaming activities, as shown below:<br><br><br><br>(Android)                                                                                           (iOS) |

21

| Claim Element | Accused Products |
|---|---|
| **[1.F]** determine a period of time to elapse until the next repetition of determination whether the mobile device is within or without the gaming-allowed geographical area, the period of time to be based at least in part on a distance of the mobile device from a boundary of the gaming-allowed geographical area. | The Accused Products "determine a period of time to elapse until the next repetition of determination whether the mobile device is within or without the gaming-allowed geographical area, the period of time to be based at least in part on a distance of the mobile device from a boundary of the gaming-allowed geographical area." <br><br> Based on a review of the bytecode, the Accused Products meet this element in at least two different ways: <br><br> First, the Accused Products make use of built-in functionality of the Android SDK to control the interval at which location is checked. This is controlled via configuration variable received from the associated backend servers of the Accused Products that makes calls to Android SDK. <br><br> The Android SDK documentation found at https://developers.google.com/android/reference/com/google/android/gms/location/LocationRequest and https://developers.google.com/android/reference/com/google/android/gms/location/LocationRequest.Builder describes that this interval is "the desired interval of location updates." Calls to the *setInterval* additionally are described as "*Sets the desired interval of location updates. Location updates may arrive faster than this interval (but no faster than specified by setMinUpdateIntervalMillis(long)).*" The Android SDK further describes the *setFastestInterval* as "*Sets the fastest allowed interval of location updates. Location updates may arrive faster than the desired interval (setIntervalMillis(long)), but will never arrive faster than specified here.*" <br><br> This interval is adjusted by the Android OS based on how close a device is to a border. <br><br> Second, the Accused Products also adjust the interval at which location is checked within their custom implementation of Android Geofencing API. This interval changes based on how close the device is to a border. Specifically, the Accused Products receive a configuration from one or more associated backend servers that includes parameters that specifies how often location checks should be performed under different distances from a border. When the device's distance is very close to the border (i.e. boundary), the location is checked more quickly. When the device's distance is a little further away from the border, the location is checked less regularly. <br><br> Indeed, this location checking is a requirement of the Accused Products because the Accused Products explicitly display an error message when they cannot determine a location of the device: |

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| | <br>(Android)                                                                      (iOS) |
| **[2]** The apparatus of claim 1, in which | The Accused Products include "instructions [that] are configured to cause the processor to: continue to allow the gaming activity in response determining that the mobile device remains within the gaming-allowed geographical area." |

23

| Claim Element | Accused Products |
|---|---|
| the instructions are configured to cause the processor to: continue to allow the gaming activity in response determining that the mobile device remains within the gaming-allowed geographical area. | *See* Claim Element 1.E. |
| **[3]** The apparatus of claim 1, in which the instructions are configured to cause the processor to: prevent the gaming activity in response to determining the mobile device is no longer within the gaming-allowed | The Accused Products are "configured to cause the processor to: prevent the gaming activity in response to determining the mobile device is no longer within the gaming-allowed geographical area."<br><br>*See* Claim Element 1.E. |

| Claim Element | Accused Products |
|---|---|
| geographical area. | |
| **[4]** The apparatus of claim 1, in which the instructions are further configured to cause the processor to: determine whether the mobile device is authorized by determining whether a mobile telephone number of the mobile device has been signed up for the gaming service. | The Accused Products are "further configured to cause the processor to: determine whether the mobile device is authorized by determining whether a mobile telephone number of the mobile device has been signed up for the gaming service." <br><br> The Accused Products require the user to enter their Mobile Phone Number on the signup screen: |

25

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| | <br>(Android)                                                              (iOS) |

26

| Claim Element | Accused Products |
|---|---|
|  | Additionally, the Accused Products also require a second factor 6 digit code sent to the mobile phone number to continue access to the application after logging in:<br><br><br><br>(Android)                                          (iOS) |

| Claim Element | Accused Products |
|---|---|
| | If a user fails to enter the 6 digit code received on their mobile telephone, then they are unable to sign into the gaming service. On the other hand, if the 6 digit code received by their mobile telephone number is verified, then they are authorized to sign into the service. In at least this way, the Accused Products "determin[e] whether a mobile telephone number of the mobile device has been signed up for the gaming service." |
| **[5]** The apparatus of claim 1, in which the instructions are further configured to cause the processor to: determine whether the user is authorized based at least in part on authenticating a login and password. | The Accused Products include "instructions [that] are further configured to cause the processor to: determine whether the user is authorized based at least in part on authenticating a login and password."<br><br>The Accused Products require a login to access the application. That login requires a valid email/user ID and password to access the application as shown in the following screen: |

| Claim Element | Accused Products |
|---|---|
| | <br>(Android)                                                    (iOS) |

29

| Claim Element | Accused Products |
|---|---|
| **[6]** The apparatus of claim 1, in which the instructions are further configured to cause a processor to: determining whether the mobile device is located within or without the gaming-allowed geographical area by querying a geofencing service. | The Accused Products include "instructions [that] are further configured to cause a processor to: determin[e] whether the mobile device is located within or without the gaming-allowed geographical area by querying a geofencing service."<br><br>The Accused Products prevent the mobile device from allowing gaming and/or depositing funds based on geofences.<br><br>Specifically, when the mobile device is outside of the allowed geographical area, the Android application will display the following screen upon attempting to deposit funds explaining "Due to your current location, you are not allowed to deposit funds into your account:" |

| Claim Element | Accused Products |
|---|---|
| | <br>(Android) |

31

| Claim Element | Accused Products |
|---|---|
|  | Similar functionality is present in the iOS application:<br><br><br>(iOS) |

32

| Claim Element | Accused Products |
|---|---|
|  | As explained above, a review of the bytecode confirms that this determination is made, in part, based on querying the Android Geofencing service. |
| **[7]** The apparatus of claim 1, in which the instructions are further configured to cause the processor to: determine whether an operating system of the mobile device is authorized to use the gaming service. | The Accused Products include "instructions [that] are further configured to cause the processor to: determine whether an operating system of the mobile device is authorized to use the gaming service." <br><br> Specifically, a review of the bytecode confirms the Accused Products determine if the device is running an unauthorized operating system in a number of ways. For example, the device's operating system is checked to ensure that it is not emulated or executing in a virtual environment, including other checks. <br><br> Additionally, on information and belief, the operating system version is additionally checked by the Accused Products' associated backend servers. |
| **[8]** The apparatus of claim 1, in which the instructions are further configured to cause the processor to: determine the inter-repetition period of time by determining a | The Accused Products "determine the inter-repetition period of time by determining a period of time that is larger when the distance is larger and smaller when the distance is smaller." <br><br> *See* Claim Element 1.F. |

| Claim Element | Accused Products |
|---|---|
| period of time that is larger when the distance is larger and smaller when the distance is smaller. | |
| [9] The apparatus of claim 1, in which the instructions are further configured to cause the processor to: determine the inter-repetition period of time by determining a period of time that is proportional to the distance to the boundary. | The Accused Products "determine the inter-repetition period of time by determining a period of time that is proportional to the distance to the boundary." *See* Claim Element 1.F. |
| [10] The apparatus of claim 1, in which the instructions are further configured to | The Accused Products "determine the inter-repetition period of time by determining the period of time based at least in part on a speed of travel of the mobile device and the distance to the boundary." For example, the Accused Products use "speed of travel" to confirm a device has not been moved in an impossible manner. Specifically, based on a review of the bytecode, the Accused Products compare the current location to a previous location, and determine whether the difference in time between the two locations is too rapid (*e.g.*, the |

| Claim Element | Accused Products |
|---|---|
| cause the processor to: determine the inter-repetition period of time by determining the period of time based at least in part on a speed of travel of the mobile device and the distance to the boundary. | device has moved to a different location too fast for it to be physically possible). In the event this occurs, the Accused Products present a message similar to the following, indicating a rapid device move: <br><br>   <br> (Android)　　　　　　　　　　　　　　　　　　　(iOS) |

35

| Claim Element | Accused Products |
|---|---|
| **[11]** The apparatus of claim 10, in which the instructions are further configured to cause the processor to: determine the inter-repetition period of time by determining a period of time that is proportional to the speed of travel of the mobile device and the distance to the boundary. | The Accused Products "determine the inter-repetition period of time by determining a period of time that is proportional to the speed of travel of the mobile device and the distance to the boundary." *See* Claim 10. |
| **[12]** The apparatus of claim 10, in which the instructions are configured to cause the processor to: determine a speed of travel | The Accused Products "determine a speed of travel of the mobile device based at least in part on a sequence of two or more locations determined for the mobile gaming device." *See* Claim 10. |

| Claim Element | Accused Products |
|---|---|
| of the mobile device based at least in part on a sequence of two or more locations determined for the mobile gaming device. | |
| **[13]** The apparatus of claim 10, in which the instructions are further configured to cause the processor to: determine the inter-repetition period of time by determining the period of time based at least in part on the speed of travel of the mobile device, the distance, and a direction of travel of the mobile device. | The Accused Products "determine the inter-repetition period of time by determining the period of time based at least in part on the speed of travel of the mobile device, the distance, and a direction of travel of the mobile device."<br><br>*See* Claim 10. |

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| **[14]** The apparatus of claim 13, in which the instructions are configured to cause the processor to: determine a direction of travel of the mobile device based at least in part on a sequence of two or more locations determined for the mobile gaming device. | The Accused Products are "configured to cause the processor to: determine a direction of travel of the mobile device based at least in part on a sequence of two or more locations determined for the mobile gaming device." For example, based on a review of the bytecode, the Accused Products retrieve bearings using the Android Location API from at least two location checks to confirm they are equivalent. |
| **[15]** The apparatus of claim 13, in which the direction includes a direction relative to the direction of travel of the mobile device. | The Accused Products include functionality in which the "direction includes a direction relative to the direction of travel of the mobile device." *See* Claim 14. |

38

| Claim Element | Accused Products |
|---|---|
| **[16]** The apparatus of claim 1, in which the instructions are further configured to cause the processor to: determine the inter-repetition period of time to be greater when the boundary includes a boundary of a state than when the boundary includes a boundary within a state. | The Accused Products include instructions that "cause the processor to: determine the inter-repetition period of time to be greater when the boundary includes a boundary of a state than when the boundary includes a boundary within a state." <br><br> *See* Claim Element 1.F. |
| **[17]** The apparatus of claim 1, in which the boundary includes a boundary of a geofence. | The Accused Products include functionality in which a "boundary includes a boundary of a geofence." <br><br> As explained above, based on a review of the bytecode, the Accused Products leverage, in part, the Android Geofence API for Geofence boundaries. As part of this process, the Accused Products build a list of multiple geofences. This list of Geofences, which each have their own respective radiuses (and thus borders) collectively represent a larger border. |
| **[19]** The apparatus of claim 1, the gaming service | The Accused Products "determine whether the mobile device is authorized to use the gaming service based at least in part on a determination whether an identity of the mobile device that the mobile device itself is authorized to use the gaming service." |

| Claim Element | Accused Products |
|---|---|
| being further configured to: determine whether the mobile device is authorized to use the gaming service based at least in part on a determination whether an identity of the mobile device that the mobile device itself is authorized to use the gaming service. | *See* Claim Element 1.C and Claim 4. |
| **[20]** The apparatus of claim 1, the gaming service being further configured to: determine whether the mobile device is authorized based at least in part on determining whether a mobile | The Accused Products "determine whether the mobile device is authorized based at least in part on determining whether a mobile telephone number of the device has been signed up for the gaming service." <br><br> *See* Claim 4. |

| Claim Element | Accused Products |
|---|---|
| telephone number of the device has been signed up for the gaming service. | |
| **[21]** The apparatus of claim 1, in which: the boundary of the gaming-allowed geographical area is, at least in part, established by factors other than a transmission boundary of a transmission base station. | The Accused Products include a "boundary of the gaming-allowed geographical area [that] is, at least in part, established by factors other than a transmission boundary of a transmission base station." <br><br> As explained above, the Accused Products use the Android Geofence API for Geofence boundaries which is internal to the device and is not associated with the transmission boundary of a transmission base station. The Accused Products build a list of geofences using Android SDK function calls. And as explained above, the boundary of a Geofence is its radius, not a transmission boundary of a transmission base station. |
| **[22.P]** An apparatus comprising: | The Accused Products include "An apparatus comprising[.]" <br><br> *See* Claim Element 1.P. |
| **[22.A]** a mobile device configured to transmit gaming requests to a gaming service, communicate through a | The Accused Products include "a mobile device configured to transmit gaming requests to a gaming service, communicate through a communication service, and provide a user interface to a customer[.]" <br><br> *See* Claim Element 1.C. |

| Claim Element | Accused Products |
|---|---|
| communication service, and provide a user interface to a customer; and | |
| [22.B] the gaming service, in which the gaming service is configured to: | The Accused Products include "the gaming service, in which the gaming service is configured to[.]" *See* Claim Element 1.C. |
| [22.C] determine whether the mobile device is authorized to use the gaming service; | The Accused Products "determine whether the mobile device is authorized to use the gaming service[.]" *See* Claim Element 1.C. |
| [22.D] determine whether the customer is authorized to use the gaming service; to repeatedly: determine whether the mobile device is within or without a geographical area in which the user is allowed to engage in | The Accused Products "determine whether the customer is authorized to use the gaming service; to repeatedly: determine whether the mobile device is within or without a geographical area in which the user is allowed to engage in gaming activity on the mobile device[.]" *See* Claim Element 1.D. |

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| gaming activity on the mobile device; | |
| **[22.E]** allow or disallow the user's gaming activity based at least in part on the determination that the mobile device is authorized, the determination that the user is authorized, and the determination that the mobile device is located within or without (respectively) the gaming-allowed geographical area; and | The Accused Products "allow or disallow the user's gaming activity based at least in part on the determination that the mobile device is authorized, the determination that the user is authorized, and the determination that the mobile device is located within or without (respectively) the gaming-allowed geographical area[.]" <br><br> *See* Claim Element 1.E. |
| **[22.F]** determine a period of time to elapse until the next repetition of | The Accused Products "determine a period of time to elapse until the next repetition of determination whether the mobile device is within or without the gaming-allowed geographical area, the period of time to be based at least in part on a distance of the mobile device from a boundary of the gaming-allowed geographical area." <br><br> *See* Claim Element 1.F. |

| Claim Element | Accused Products |
|---|---|
| determination whether the mobile device is within or without the gaming-allowed geographical area, the period of time to be based at least in part on a distance of the mobile device from a boundary of the gaming-allowed geographical area. | |
| **[23]** The apparatus of claim 22, the gaming service being further configured to: determine whether an operating system of the mobile device is authorized to use | The Accused Products "determine whether an operating system of the mobile device is authorized to use the gaming service." <br><br> *See* Claim 7. |

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| the gaming service. | |
| **[24]** The apparatus of claim 22, in which the mobile device includes a cellular telephone and the communication service includes a cellular phone service. | The Accused Products use a "mobile device [that] includes a cellular telephone and the communication service includes a cellular phone service." <br><br> Specifically, the Accused Products are designed, in part, to run on Android and iOS devices, which includes cellular phones connected to cellular phone services. *See* https://support.draftkings.com/dk/en-us/can-i-access-draftkings-from-my-phone-or-tablet-us?id=kb_article_view&sysparm_article=KB0010754 as shown below: |

45

| Claim Element | Accused Products |
| --- | --- |
|  | Additionally, when using the device and the Accused Products are unable to locate the user, it displays the following screen to switch on "Use Sim," which is a feature only available on cellular-enabled devices:<br><br> |

| Claim Element | Accused Products |
|---|---|
| **[26]** The apparatus of claim 1, wherein the instructions are further configured to cause the processor to: receive a unique session identifier. | The Accused Products "are further configured to cause the processor to: receive a unique session identifier."<br><br>Specifically, based on a review of the bytecode, the Accused Products use JSON Web Tokens (JWT) which represents the session and is a unique identifier. The JWT is given by the Accused Products' servers after a successful login and used to authenticate subsequent requests to the Accused Products' backend servers. |
| **[28]** The apparatus of claim 26, wherein the determination of whether the user of the mobile device is authorized to use the gaming service comprises instructions that cause the processor to: determine whether the unique session identifier is valid. | The Accused Products implement "wherein the determination of whether the user of the mobile device is authorized to use the gaming service comprises instructions that cause the processor to: determine whether the unique session identifier is valid."<br><br>For example, the Accused Products determine whether the unique session identifier is valid as part of every API call to the Accused Products' associated backend servers. On information and belief, this is at least in part to ensure that the user of the mobile device is authorized to use the gaming service. For example, as explained in Claim 26, the Accused Products send the token session identifier when it communicates with the Accused Products' associated backend servers. If the session is valid, the application will proceed normally.<br><br>However, if the session identifier is not valid, the same request to the Accused Products' servers will return an error. This results in the following screen being displayed on the user's device stating "You've been logged out," and displaying the following error message: |



| Claim Element | Accused Products |
|---|---|
| **[29]** The apparatus of claim 28, wherein the instructions are further configured to cause the processor to repeatedly determine whether the unique session identifier is valid. | The Accused Products implement "wherein the instructions are further configured to cause the processor to repeatedly determine whether the unique session identifier is valid."<br><br>As explained above for Claims 26 and 28, the Accused Products' associated backend servers confirm for every request that the unique session identifier is valid. In this way, the Accused Products "repeatedly determine whether the unique session identifier is valid." |
| **[30]** The apparatus of claim 1, wherein the determination of whether the user of the mobile device is authorized to use the gaming service comprises instructions that cause the processor to: receive a | The Accused Products implement "the gaming service comprises instructions that cause the processor to: receive a username and password from the user; and check whether the username and password are valid."<br><br>*See* Claim Element 1.C. |

| Claim Element | Accused Products |
|---|---|
| username and password from the user; and check whether the username and password are valid. | |
| **[31]** The apparatus of claim 30, wherein the instructions are further configured to cause the processor to repeatedly check whether the username and password are valid. | The Accused Products include "instructions [that] are further configured to cause the processor to repeatedly check whether the username and password are valid."<br><br>Specifically, at periodic intervals and in response to a variety of specific events, the Accused Products will automatically log a user out and force them to reauthenticate.<br><br>For example, based on a review of the bytecode, the Accused Products will force users to reauthenticate periodically when numerous events occur, such as a player reaching a playing time limit, or if a forced logout occurs due to a deposit, if the environment changes, if the user logs in a different device, etc.<br><br>In at least this manner, the Accused Products "repeatedly check whether the username and password are valid." |
| **[32]** The apparatus of claim 28, wherein the instructions are further configured to cause the processor to receive the | The Accused Products include instructions "wherein the instructions are further configured to cause the processor to receive the unique session identifier in response to a determination that a username and password are valid."<br><br>*See* Claim 26. |

| Claim Element | Accused Products |
|---|---|
| unique session identifier in response to a determination that a username and password are valid. | |
| **[33]** The apparatus of claim 26, wherein the unique session identifier includes a random number. | The Accused Products' "unique session identifier includes a random number."<br><br>On information and belief, the session identifier that is generated by the Accused Products uses a random number, such as in accordance with the Open Worldwide Application Security Project (OWASP) specification. *See* https://owasp.org/www-community/vulnerabilities/Insufficient_Session-ID_Length (stating that the session id uses 64 bits of entropy). |
| **[34.A]** The apparatus of claim 1, wherein the determination of whether the mobile device is authorized to use the gaming service comprises instructions that cause the processor to: | The Accused Products include functionality "wherein the determination of whether the mobile device is authorized to use the gaming service comprises instructions that cause the processor to[.]"<br><br>*See* Claim Element 1.A. |
| **[34.B]** access a list of | The Accused Products "access a list of applications installed on the mobile device[.]" |

| Claim Element | Accused Products |
|---|---|
| applications installed on the mobile device; | Specifically, if the device has any unauthorized applications on it, the following message is presented to the user:<br><br><br><br>This indicates that a "list of application installed on the device" is accessed to determine the "FakeGPS" application is installed. |

| Claim Element | Accused Products |
|---|---|
| | This is also confirmed by a review of the bytecode. For example, the Accused Products specifically call an Android SDK function to generate a list of installed applications on the device. |
| **[34.C]** determine whether an application in the list of installed applications is disallowed from being installed; and | The Accused Products "determine whether an application in the list of installed applications is disallowed from being installed[.]"<br><br>Again, as shown above, if one type of disallowed application is installed on the device, the Accused Products prevent gaming and display the following message:<br><br> |

| Claim Element | Accused Products |
|---|---|
|  | Another example is if another type of application is installed on the device. If the Accused Products detect the application is installed, it will show the following screen:<br><br> |

54

| Claim Element | Accused Products |
|---|---|
| | In this way, a "determin[ation] whether an application in the list of installed applications is disallowed from being installed" is made.<br><br>A review of the bytecode confirms that the Accused Products determine whether an application is disallowed in the list of applications. For example, once the list of applications is obtained from the Android OS, that list is iterated to see if it contains any disallowed applications. On information and belief, the application code for iOS implementations functions similarly. |
| **[34.D]** disallow the user's gaming activity based on determining that at least one of the installed applications in the list of installed applications is disallowed from being installed. | The Accused Products "disallow the user's gaming activity based on determining that at least one of the installed applications in the list of installed applications is disallowed from being installed."<br><br>As explained above, if it is determined that at least one of the installed applications in the list of installed applications is disallowed, then gaming is disallowed, as shown in the following screenshot: |



| Claim Element | Accused Products |
|---|---|
| **[35]** The apparatus of claim 34, wherein the determination of whether an application in the list of applications is disallowed from being installed comprises instructions that cause the processor to: determine whether the application is configured to enable remote access to the mobile device. | The Accused Products include functionality "wherein the determination of whether an application in the list of applications is disallowed from being installed comprises instructions that cause the processor to: determine whether the application is configured to enable remote access to the mobile device." <br><br> Specifically, if the device is connected to a computer with remote access (Android Debug Bridge) enabled, the following message is displayed: |

57



| Claim Element | Accused Products |
|---|---|
| [36.A] The apparatus of claim 34, wherein the instructions are further configured to cause the processor to, while the user is engaged in the gaming activity: | The Accused Products include "wherein the instructions are further configured to cause the processor to, while the user is engaged in the gaming activity[.]"<br><br>As explained below, any time a user makes a bet in the Accused Products, a number of checks are conducted to ensure the user and the device are authorized to place the bet. |
| [36.B] repeatedly access the list of applications; and | The Accused Products implement "the instructions are further configured to cause the processor to[]" "repeatedly access the list of applications" while the user is engaged in the gaming activity.<br><br>Based on a review of the bytecode, the Accused Products check the installed applications before allowing a bet. For example, when betting, the Accused products will show the following screen: |



| Claim Element | Accused Products |
|---|---|
| | At this point, if the user installed a prohibited application, , upon returning to the Accused Products' application, if the user presses the "Accept Odds and Place Bet" button, the Accused Products show the following screen:<br><br> |

61

| Claim Element | Accused Products |
|---|---|
| | In this way, the Accused Products "repeatedly" (*e.g.*, any time the user places a bet) "access the list of applications" (*e.g.*, determine that disallowed applications, are not installed). *See also* Claim 34. |
| **[36.C]** repeatedly determine whether an application in the list of installed applications is disallowed from being installed. | *See* Claim Element 36.B and Claim 34. |
| **[37.A]** The apparatus of claim 1, wherein the determination of whether the mobile device is authorized to use the gaming service comprises instructions that cause the processor to: access a list of running processes on the mobile device; | The Accused Products include functionality "wherein the determination of whether the mobile device is authorized to use the gaming service comprises instructions that cause the processor to: access a list of running processes on the mobile device[.]"<br><br>Specifically, the Accused Products receive a list of multiple disallowed processes from their associated backend servers. These processes include processes that indicate a device is root or running in a virtual machine or emulator, etc.<br><br>Additionally, the Accused Products look for whether dynamic instrumentation processes are executing. This is a separate and distinct check from the processes listed above. Particularly, the Accused Products search various Linux system mechanisms to identify these running processes.<br><br>Finally, the Accused Products also search for running unauthorized Java modules using Java-specific mechanism. The following screen, which prevents gaming, is displayed if they device is running any disallowed processes: |

| Claim Element | Accused Products |
|---|---|
| | |
| **[37.B]** determine whether at least one of the running processes is disallowed; and | The Accused Products "determine whether at least one of the running processes is disallowed[.]"<br><br>*See* Claim Element 37.A. |
| **[37.C]** disallow the user's | The Accused Products "disallow the user's gaming activity based on determining that at least one of the running processes is disallowed." |

| Claim Element | Accused Products |
|---|---|
| gaming activity based on determining that at least one of the running processes is disallowed. | The Accused Products will check the running processes when making a bet. For example, when betting, the Accused Products will show the following screen: |

| Claim Element | Accused Products |
|---|---|
|  |  |
|  | *See* Claim Element 37.A for the list of processes that the Accused Products check for. |

65

| Claim Element | Accused Products |
|---|---|
| **[38.A]** The apparatus of claim 37, wherein the instructions are further configured to cause the processor to, while the user is engaged in the gaming activity: repeatedly access the list of running processes; and | The Accused Products include instructions that "are further configured to cause the processor to, while the user is engaged in the gaming activity[ to] repeatedly access the list of running processes[.]"<br><br>The Accused Products will repeatedly check the running processes, including, but not limited to, when logging in and when making a bet. For example, when betting, the Accused Products will show the following screen:<br><br> |

| Claim Element | Accused Products |
|---|---|
| | When attempting to place a bet, the application will obtain the list of running processes from the code as shown in Claim Element 37.A. If for example, a disallowed  process, such as HideMyAppList is running, then the Accused Products will display the following screen:<br><br> |
| **[38.B]** repeatedly | The Accused Products "repeatedly determine whether at least one of the running processes is disallowed." |

| Claim Element | Accused Products |
|---|---|
| determine whether at least one of the running processes is disallowed. | As explained above, the Accused Products repeatedly check for disallowed applications, and thus repeatedly "determine whether at least one of the running processes is disallowed."<br><br>*See also* Claim Element 37.A. |
| **[39.A]** The apparatus of claim 26, wherein the instructions are further configured to cause the processor to receive, from the user of the mobile device, a request to place a wager; | The Accused Products include instructions that "are further configured to cause the processor to receive, from the user of the mobile device, a request to place a wager[.]"<br><br>For example, as shown below, the Accused Products display screens for bets, and when the user determines the bet and amount, there is a button that the user can press to request to place the wager: |

| Claim Element | Accused Products |
|---|---|
| |  (Android) (iOS) |

69

| Claim Element | Accused Products |
|---|---|
| **[39.B]** determine whether the unique session identifier is valid in response to receiving the request to place a wager; and | The Accused Products "determine whether the unique session identifier is valid in response to receiving the request to place a wager[.]"<br><br>As explained above for Claim 26, the unique session identifier is sent to authorized subsequent communications to the Accused Products' associated backend servers. And if it's invalid, an error is received and no gaming, wagering, or depositing funds is allowed. In at least this way, the Accused Products meet this element.<br><br>*See also* Claim 26. |
| **[39.C]** disallow the user from placing the wager in response to determining that the unique session identifier is invalid. | The Accused Products "disallow the user from placing the wager in response to determining that the unique session identifier is invalid."<br><br>As explained above for Claim 26, the unique session identifier is sent to authorized subsequent communications to the Accused Products' associated backend servers. And if it's invalid, an error is received and no gaming, wagering, or depositing funds is allowed. In at least this way, the Accused Products meet this element.<br><br>*See* Claim 26. |
| **[40]** The apparatus of claim 1, wherein to determine whether the user of the mobile device is authorized to use the gaming service, the instructions are further configured to cause the | The Accused Products include functionality "wherein to determine whether the user of the mobile device is authorized to use the gaming service, the instructions are further configured to cause the processor to: receive a username and a password, and determine whether the username and password are valid; receive information about the user of the mobile device, and compare the received information to stored information about the user in a database; determine whether an account associated with the user of the mobile device includes a threshold amount of money; or determine whether the user has reached an age that is eligible for wagering."<br><br>The Accused Products receive a username and password and determine whether it is valid: |

*U.S. Patent No. 8,974,302*

| Claim Element | Accused Products |
|---|---|
| processor to: receive a username and a password, and determine whether the username and password are valid; receive information about the user of the mobile device, and compare the received information to stored information about the user in a database; determine whether an account associated with the user of the mobile device includes a threshold amount of money; or determine | <br><br>(Android)                                        (iOS) |

| Claim Element | Accused Products |
|---|---|
| whether the user has reached an age that is eligible for wagering | If an invalid user name and password is submitted, it displays an "Invalid username or password" message at the top of their screen as shown below:<br><br><br><br>(Android)                                        (iOS) |

72

| Claim Element | Accused Products |
|---|---|
| | If a valid username and password are entered into the Accused Products' application, it shows a screen with a "Welcome back!" banner and then allows the user to utilize the gaming service: <br><br> <br> (Android)        (iOS) |

73

| Claim Element | Accused Products |
|---|---|
| | The Accused Products also "receive information about the user of the mobile device, and compare the received information to stored information about the user in a database[.]" <br><br> For example, as shown below, personal information is collected about a user. On information and belief, this information is compared to information stored in a database, at least for the purposes of verifying the identity of the user to prevent fraud and ensure the user is of legal age to gamble. <br><br>  <br> (Android)                                                        (iOS) |

| Claim Element | Accused Products |
|---|---|
| | The Accused Products also "determine whether an account associated with the user of the mobile device includes a threshold amount of money[.]"<br><br>Specifically, the Accused Products contain information on a balance of the funds that have been deposited. For example, when accessing the account section of the Accused Products application, the user may press the "Withdraw" button and is shown the following screen that shows an availability to withdraw and how much the user wants to withdraw:<br><br><br>(Android)  (iOS) |

75

| Claim Element | Accused Products |
|---|---|
| | Upon entering an amount greater than an available or threshold amount, the following screen will be shown with a message stating that the "Withdrawal amount must be below available balance:"  (Android)                                                      (iOS) |

76

| Claim Element | Accused Products |
|---|---|
| | The Accused Products also determine whether the user has reached an age that is eligible for wagering.<br><br>Specifically, the Accused Products require a birth date and is stored on its servers. This information can be seen on the Personal Information screen in the Accused Products' application as shown below:<br><br><br><br>(Android)                                                                 (iOS) |

| Claim Element | Accused Products |
|---|---|
| | Finally, the Accused Products include in their bytecode a class and function for verifying the age of the user, and that functionality returns whether the user's age is allowed to gamble. |