**EXHIBIT 8**

**EXHIBIT 8**
**INITIAL INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 12,548,404**

DraftKings infringes, directly and indirectly, at least claims 2, 3, 5–9, 11, 12, 14–18, 20, 21, and 23–27 of U.S. Patent No. 12,548,404. All of DraftKings' products designed for Apple's iOS and Google Android's operating system that allow gambling or betting (the Accused Products) infringe literally and under the Doctrine of Equivalents, the '404 patent, including:

- DraftKings Sportsbook and Casino
- DraftKings Fantasy Sports
- DraftKings Casino Real Money
- DK Horse Racing & Betting
- Golden Nugget Online Casino
- DraftKings Pick6: Fantasy Game

The following claim chart is representative and demonstrates how DraftKings Sportsbook and Casino directly infringes claims 2, 3, 5–9, 11, 12, 14–18, 20, 21, and 23–27 of the '404 patent. In addition to directly infringing, DraftKings also induces its customers to infringe by manufacturing and making available the Accused Products and contributorily infringes by manufacturing and making available the Accused Products, which are a material part of the invention of the '404 patent, in a manner in which they are adapted for use to infringe without any substantial non-infringing uses. For example, DraftKings induces its users how to infringe the '404 patent through the use of extensive support and frequently asked questions pages, available at https://support.draftkings.com/dk/en-us training guides available at https://support.draftkings.com/dk/en-us/draftkings-new-player-getting-started-guide?id=kb_article_view&sysparm_article=KB0010391, training videos available at YouTube.com (and other social media platforms), and within its mobile applications.

The information included in this chart is derived from publicly available sources, including screenshots of the Accused Products, Internet resources, and a review of the decompiled bytecode of the DraftKings Sportsbook and Casino application using the commercially available JEB Decompiler by PNF Software. The DraftKings Sportsbook and Casino application (APK), version 5.13.0, was obtained from the Google Play Store. Based on information available to Plaintiff at this time, including the aforementioned bytecode analysis, DraftKings Sportsbook and Casino is representative of all Accused Products, including both iOS and Android operating systems (OS), because it utilizes the same or similar backend servers, the GeoComply library, and allows for similar functionality for the user.

1

*U.S. Patent No. 12,548,404*

| Claim Element | Accused Products |
|---|---|
| **[1.P]** A system, comprising: | The Accused Products include "[a] system[.]"<br><br>For example, the Accused Products include a mobile app that communicates with one or more servers.<br><br>Specifically, the Accused Products are designed to run on mobile devices and web-enabled devices. https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US.<br><br>**Mobile App Requirements** ⌃<br><br>*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*<br><br>Note for those on Android:<br><br>The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.<br><br>• It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.<br><br>• It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.<br><br>*See* https://www.draftkings.com/mobileapps. |
| **[1.1]** one or more server | The Accused Products utilize "one or more server computers associated with a gambling service, each of the one or more server computers including at least one processor[.]" |

| computers associated with a gambling service, each of the one or more server computers including at least one processor; and: | The Accused Products use many servers, all of which include at least one processor, that are associated with the gambling service. Some of these servers, along with their correlated IP addresses, include:<br><br>• api.sportsbook.com (23.211.124.136)<br>• myaccount.draftkings.com (23.192.223.175)<br>• gaming.draftkings.com (23.64.119.47)<br>• gaming-us-co.draftkings.com (23.211.124.141)<br>• us7-es.geocomply.com (3.231.91.30) |
|---|---|
| **[1.2]** an application executable on a smartphone, the application configured to: when the application is attempting to access at least one gambling activity of the gambling service: | The Accused Products include "an application executable on a smartphone, the application configured to: when the application is attempting to access at least one gambling activity of the gambling service[.]"<br><br>For example, the Accused Products include a mobile application that allows access to at least one gambling activity of the gambling service:<br><br>https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US. |

## Mobile App Requirements ⌃

*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*

Note for those on Android:

The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.

- It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.

- It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.

4



*See also* https://www.draftkings.com/mobileapps.

The Accused Products allow access to at least one gambling activity:



(Android)                                                              (iOS)

| | |
|---|---|
| **[1.2.A]** attempt to determine a location of the smartphone based on GPS data of the smartphone; | The Accused Products, in response to the application attempting to access at least one gambling activity of the gambling service, "attempt to determine a location of the smartphone based on GPS data of the smartphone[.]"<br><br>Specifically, a review of the bytecode confirms that the Accused Products send an HTTP payload packet to one or more servers in order to determine whether the phone is in a location where gambling is permitted. This packet includes information containing GPS data generated by the smartphone including latitude, longitude, and altitude information in an XML field named "gps." On information and belief, the application code for iOS implementations functions similarly. |
| **[1.2.A.1]** determine whether the GPS data is not determinable; | The Accused Products "determine whether the GPS data is not determinable[.]"<br><br>Specifically, as explained above, the Accused Products send an HTTP payload packet to one or more servers in order to determine whether the phone is in a location where gambling is permitted. This packet includes information containing GPS data including latitude, longitude, and altitude information in an XML field named "gps."<br><br>A review of the bytecode also confirms, that if one or more servers determine the accuracy is below a threshold, the Accused Products will request additional information. On information and belief, the application code for iOS implementations functions similarly. For example, if the GPS moves too quickly over a period of time, the Accused Products will show a screen explaining that other location methods are needed to provide better accuracy, including detecting more Wi-Fi networks, and use of a cellular SIM as shown in the following screen: |

7



(Android)                                                              (iOS)

8

| [1.2.A.2] attempt to determine the location of the smartphone based on triangulation; | The Accused Products "attempt to determine the location of the smartphone based on triangulation[.]" <br><br> For example, the Accused Products send Wi-Fi information to one or more servers via an XML payload in order to determine a location and whether gambling is permitted in that location. The XML has a field named "wifi" with parameters such as latitude, longitude, altitude, accuracy, etc. In addition, it contains another field named "ap," which includes information such as the Wi-Fi access point's ssid, mac address, signal strength, frequency, etc. <br><br> On information and belief, the Accused Products' associated backend servers use triangulation to determine the location of the phone based on the received XML information. <br><br> In addition, the Accused Products also make use of Google's Location Services, which uses Wi-Fi access points and cell towers to help triangulate the device's location as explained in the "Google Location Accuracy Is On" documentation as found at the following URL: <br><br> https://support.google.com/android/answer/3467281?sjid=5336235826517115621-NC#location_accuracy&zippy=%2Cwhen-location-accuracy-is-on <br><br> In particular, the documentation states: <br><br> *When Location Accuracy is on, your device uses these sources to get the most accurate location, which may include elevation or floor level:* <br> • *Wireless signals, if available, such as:* <br> ○ *GPS* <br> ○ *Wi-Fi* <br> ○ ***Mobile cellular networks*** <br><br> In particular, the documentation states: <br><br> *Android devices with Google Play services have a Location Accuracy service (formerly Google Location Services). It uses information from wireless signals, such as **Wi-Fi access points**, cellular network towers, and GPS, along with device sensor data, such as accelerometer, barometer and gyroscope, to allow your device to more quickly and accurately estimate device location, particularly in areas where GPS may be unavailable or obscured, such as indoors or near large buildings.* |
|---|---|

|  | Additionally, the documentation goes on to state that the Wi-Fi data is collected to build wireless signal locations:<br><br>*Use Location Accuracy data without identifying specific individuals to build and maintain a crowdsourced database of wireless signal locations that Android devices use to help determine a more accurate device location.*<br><br>Similar to the Wi-Fi information, the Accused Products also send cellular information to one or more servers to determine the location of the mobile phone and whether gambling is permitted. The Accused Products send the following subset of cellular information to their servers, which includes signal strength:<br>&bull; The cellular identifier (CID) which is a unique number used to identify each base transceiver station (BTS) or sector of a BTS within a location area code (LAC).<br>&bull; The cellular mobile country code (MCC) and mobile network code (MNC) to uniquely identify the mobile network operator.<br>&bull; The ASU signal strength (SS) technology-specific signal strength in Arbitrary Strength Units, calculated from the strength of the pilot signal or equivalent.<br><br>On information and belief, the Accused Products use a signal strength of both Wi-Fi and cellular along with GPS to triangulate the mobile phone. |
| **[1.2.A.3]** determine the location of the smartphone based on the triangulation; | The Accused Products "determine the location of the smartphone based on the cell tower triangulation[.]"<br><br>*See* Claim Element 1.2.A.2. |
| **[1.2.A.4]** provide information indicative of the determined location to the one or more server computers; | The Accused Products "provide information indicative of the determined location to the one or more server computers [.]"<br><br>*See* Claim Element 1.2.A and Claim Element 1.2.A.2. |

| [1.2.A.5] receive, from the one or more server computers, an indication that the smartphone is in a U.S. state where gambling is allowed based on the information indicative of the location; and | The Accused Products "receive, from one or more server computers, an indication that the smartphone is in a U.S. state where gambling is allowed based on the information indicative of the location[.]" <br><br> A review of the bytecode confirms that the Accused Products utilize one or more servers to provide information on whether gambling is allowed based on the US state that the device exists. The Accused Products use a request to these servers with the device's location and obtain a response that has an error message along with a token back to the device. On information and belief, the Accused Products (or their associated backend servers) decrypt the token and then provide instructions whether to allow access to the gambling service. On information and belief, the application code for iOS implementations functions similarly. <br><br> If the device is in a state that allows the gambling service and allows depositing, the screen shows the following screen: |
|---|---|



(Android)    (iOS)

12

However, if the device is unable to determine the location, it may show the following screen:



Or it may show the following screen:



(Android)                                                                                    (iOS)

| [1.2.A.6] enable the application to access the gambling service to engage in the at least one gambling activity based on the indication. | The Accused Products "enable the application to access the gambling service to engage in the at least one gambling activity based on the indication." |
|---|---|
| | If the device is in a state that allows the gambling activity, gaming is enabled: |
| |   |
| | (Android)                                                    (iOS) |

15



(Android)                                                                    (iOS)

16

| | |
|---|---|
| **[2]** The system of claim 1, wherein the one or more server computers are configured to determine whether the GPS data is not determinable by: determining that a confidence level associated with a location determination based on the GPS data is below a threshold. | The Accused Products' "server computers are configured to determine whether the GPS data is not determinable by: determining that a confidence level associated with a location determination based on the GPS data is below a threshold."<br><br>A review of the bytecode confirms that the Accused Products send accuracy information to one or more servers via an XML payload to aid in verifying the location. On information and belief, the application code for iOS implementations functions similarly. |
| **[3]** The system of claim 1, wherein the application is configured to determine whether the GPS data is not determinable by: determining that an error has | The Accused Products' application is "configured to determine whether the GPS data is not determinable by: determining that an error has occurred in attempting to determine the location of the smartphone based on the GPS data."<br><br>*See* Claim Element 1.2.A.1.<br><br>If the application determines that location is not determinable, including by GPS, the following error is displayed: |

occurred in attempting to determine the location of the smartphone based on the GPS data.



(Android)    (iOS)

| | |
|---|---|
| **[4.1]** The system of claim 1, wherein the application is further configured to: attempt to determine the location of the smartphone based on wifi data; and | The Accused Products include functionality "wherein the application is further configured to: attempt to determine the location of the smartphone based on wifi data[.]"<br><br>As explained above, the Accused Products send Wi-Fi information to one or more servers via an XML payload to determine a device's location.<br><br>*See also* Claim Element 1.2.A.2. |
| **[4.2]** determine that the location of the smartphone cannot be determined based on the wifi data. | The Accused Products "determine that the location of the smartphone cannot be determined based on the wifi data[.]"<br><br>A review of the bytecode confirms that the Accused Products uses multiple methods to determine the location of the device. It will utilize GPS, Wi-Fi, and cellular. The Accused Products list the methods in an ordered number of steps to obtain location information. On information and belief, the application code for iOS implementations functions similarly. The Accused Products state in item 4 that if it cannot determine the device's location via Wi-Fi, to "*Go to Settings > Network & internet > click "Internet" > switch off Wi-Fi > Make sure you are connected to a data plan. If you are not connected to a data plan after turning off Wi-Fi, go back to Network & internet > select SIMs > switch on "Use SIM".*", thus instructing the end user to try using cellular data with a SIM card. This is shown on the following screen: |

19



(Android)

20

Similarly, the following screen may be shown in iOS if the location of the phone cannot be determined based on Wi-Fi data:

**We can't quite drop a pin on your location.**

We're required by law to verify your location before you can play on DraftKings.

To allow location access, follow these steps:

⚙ Tap **Open Settings** below

➤ In Settings, tap **Location**

⟳ Tap **While Using the App**

⊟ For iOS 14 and above, turn on **Precise Location**

You cannot continue without allowing location access

**OPEN SETTINGS**

Having trouble? Contact Customer Support

(iOS)

| [5] The system of claim 4, wherein the one or more server computers are configured to attempt to determine the location of the smartphone based on the wifi data by: determining whether the smartphone is connected to a trusted wifi network. | The Accused Products include functionality "wherein the one or more server computers are configured to attempt to determine the location of the smartphone based on the wifi data by: determining whether the smartphone is connected to a trusted wifi network."<br><br>When the device is close to a specific location, such as a specific casino location, when registering the user identification, the Accused Products utilize that location and determine if it is accessed to a trusted Wi-Fi network as shown in the following screenshot:<br><br> |
| --- | --- |

| | |
|---|---|
| **[6]** The system of claim 4, wherein the one or more server computers are configured to attempt to determine the location of the smartphone based on the wifi data by: receiving from the application a list of available wifi networks; and attempting to map at least the list of available wifi networks to the location. | The Accused Products' use "one or more server computers [that] are configured to attempt to determine the location of the smartphone based on the wifi data by: receiving from the application a list of available wifi networks; and attempting to map at least the list of available wifi networks to the location."<br><br>*See* Claim Element 1.2.A.2. |
| **[7.1]** The system of claim 6, wherein the one or more server computers are further configured to attempt to determine the location of the | The Accused Products use "one or more server computers [that] are further configured to attempt to determine the location of the smartphone based on the wifi data by: receiving from the application an indication of a respective signal strength associated with each wifi network in the list of available wifi networks[.]"<br><br>*See* Claim Element 1.2.A.2. |

| | |
|---|---|
| smartphone based on the wifi data by: receiving from the application an indication of a respective signal strength associated with each wifi network in the list of available wifi networks; and | |
| **[7.2]** wherein the one or more server computers are configured to attempt to map at least the list of available wifi networks to the location by attempting to map the list of available wifi networks and the signal strengths to the location. | The Accused Products use "one or more server computers [that] are configured to attempt to map at least the list of available wifi networks to the location by attempting to map the list of available wifi networks and the signal strengths to the location." <br><br>*See* Claim Element 1.2.A.2. |

24

| **[8]** The system of claim 1, wherein to enable the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that the smartphone has not been rooted. | The Accused Products include functionality "wherein to enable the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that the smartphone has not been rooted."<br><br>For example, if your device is rooted, the following screen is shown:<br><br> |
| --- | --- |

25

| | |
|---|---|
| | This is further confirmed from a review of the bytecode of the Accused Products. For example, there are at least 12 different methods that the Accused Products use to determine if a device is "rooted" or jailbroken..<br><br>If these root checks are false, then betting is ultimately enabled (assuming all other checks are passed). |
| **[9]** The system of claim 1, wherein to enable the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that no invalid interfaces of the smartphone have been enabled. | The Accused Products include functionality "wherein to enable the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that no invalid interfaces of the smartphone have been enabled."<br><br>A review of the bytecode confirms that the Accused Products determine if a VPN interface is active by checking whether certain network interfaces are being utilized. On information and belief, the application code for iOS implementations functions similarly.<br><br>In addition, the Accused Products also confirm that "developer options" are not enabled and the device is not using the Android Debug Interface (ADB). If either the "developer options" are enabled and/or the device is connected to a computer via the Android Debug Interface and/or USB, then the following message is displayed: |



27

| | |
|---|---|
| **[10.P]** A method, comprising: | The Accused Products include "[a] method, comprising[.]"<br><br>*See* Claim Element 1.P and the remainder of the elements in this claim. |
| **[10.1]** when an application of a smartphone is attempting to access at least one gambling activity of a gambling service associated with one or more server computers: | The Accused Products include functionality that "when an application of a smartphone is attempting to access at least one gambling activity of a gambling service associated with one or more server computers[.]"<br><br>*See* Claim Element 1.2. |
| **[10.1.A]** attempting to determine a location of the smartphone based on GPS data of the smartphone; | The Accused Products "attempt[] to determine a location of the smartphone based on GPS data of the smartphone[.]"<br><br>*See* Claim Element 1.2.A. |
| **[10.1.B]** determining whether the GPS data is not determinable; | The Accused Products "determin[e] whether the GPS data is not determinable[.]"<br><br>*See* Claim Element 1.2.A.1. |
| **[10.1.C]** attempting to determine the location of the | The Accused Products attempt "to determine the location of the smartphone based on triangulation[.]"<br><br>*See* Claim Element 1.2.A.2. |

28

| | |
|---|---|
| smartphone based on triangulation; | |
| **[10.1.D]** determining the location of the smartphone based on the triangulation; | The Accused Products determine "the location of the smartphone based on the triangulation[.]"<br><br>*See* Claim Element 1.2.A.3. |
| **[10.1.E]** providing information indicative of the determined location to the one or more server computers: | The Accused Products "provid[e] information indicative of the determined location to the one or more server computers[.]"<br><br>*See* Claim Element 1.2.A.4. |
| **[10.1.F]** receiving, from the one or more server computers, an indication that the smartphone is in a U.S. state where gambling is allowed based on the information indicative of | The Accused Products "receiv[e] from the one or more server computers, an indication that the smartphone is in a U.S. state where gambling is allowed based on the information indicative of the location[.]<br><br>*See* Claim Element 1.2.A.5. |

| | |
|---|---|
| the location; and | |
| **[10.1.G]** enabling the application to access the gambling service to engage in the at least one gambling activity based on the indication. | The Accused Products "enable[e] the application to access the gambling service to engage in the at least one gambling activity based on the indication."<br><br>*See* Claim Element 1.2.A.6. |
| **[11]** The method of claim 10, wherein determining whether the GPS data is not determinable includes: determining that a confidence level associated with a location determination based on the GPS data is below a threshold. | The Accused Products include functionality "wherein determining whether the GPS data is not determinable includes: determining that a confidence level associated with a location determination based on the GPS data is below a threshold."<br><br>*See* Claim 2. |

| | |
|---|---|
| **[12]** The method of claim 10, wherein determining whether the GPS data is not determinable includes: determining that an error has occurred in attempting to determine the location of the smartphone based on the GPS data. | The Accused Products include functionality "wherein determining whether the GPS data is not determinable includes: determining that an error has occurred in attempting to determine the location of the smartphone based on the GPS data." <br><br> *See* Claim 3. |
| **[13.1]** The method of claim 10, further comprising: attempting to determine the location of the smartphone based on wifi data; and | The Accused Products attempt "to determine the location of the smartphone based on wifi data." <br><br> *See* Claim Element 4.1. |
| **[13.2]** determining that the location of the | The Accused Products determine "that the location of the smartphone cannot be determined based on the wifi data." <br><br> *See* Claim Element 4.2. |

31

| | |
|---|---|
| smartphone cannot be determined based on the wifi data. | |
| **[14]** The method of claim 13, wherein attempting to determine the location of the smartphone based on the wifi data includes: determining whether the smartphone is connected to a trusted wifi network. | The Accused Products determine "whether the smartphone is connected to a trusted wifi network."<br><br>*See* Claim 5. |
| **[15]** The method of claim 13, wherein attempting to determine the location of the smartphone based on the wifi data includes: | The Accused Products attempt "to determine the location of the smartphone based on the wifi data includes: receiving from the application a list of available wifi networks; and attempting to map at least the list of available wifi networks to the location."<br><br>*See* Claim 6. |

| | |
|---|---|
| receiving from the application a list of available wifi networks; and attempting to map at least the list of available wifi networks to the location. | |
| [16.1] The method of claim 15, wherein attempting to determine the location of the smartphone based on the wifi data further includes: receiving from the application an indication of a respective signal strength associated with each wifi network in the list of available wifi networks; and | The Accused Products attempt "to determine the location of the smartphone based on the wifi data further includes: receiving from the application an indication of a respective signal strength associated with each wifi network in the list of available wifi networks[.]"  *See* Claim Element 7.1. |

| | |
|---|---|
| **[16.2]** wherein attempting to map at least the list of available wifi networks to the location comprises attempting to map the list of available wifi networks and the signal strengths to the location. | The Accused Products attempt "to map at least the list of available wifi networks to the location comprises attempting to map the list of available wifi networks and the signal strengths to the location."<br><br>*See* Claim Element 7.2. |
| **[17]** The method of claim 10, wherein enabling the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that the smartphone has not been rooted. | The Accused Products enable "the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that the smartphone has not been rooted."<br><br>*See* Claim 8. |

| | |
|---|---|
| **[18]** The method of claim 10, wherein enabling the application to access the gambling service to engage in the at least one gambling activity is further based on comprises: a determination that no invalid interfaces of the smartphone have been enabled. | The Accused Products enable "the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that no invalid interfaces of the smartphone have been enabled." *See* Claim 9. |
| **[19.P]** A system, comprising: | The Accused Products include "[a] system, comprising[.]" *See* Claim Element 1.P and Claim Element 1.1. |
| **[19.1]** means for, when an application of a smartphone is attempting to access at least one gambling activity of a gambling | The Accused Products include a "means for, when an application of a smartphone is attempting to access at least one gambling activity of a gambling service associated with one or more server computers." *See* Claim Element 1.2. |

| service associated with one or more server computers: | |
|---|---|
| **[19.1.A]** attempting to determine a location of the smartphone based on GPS data of the smartphone; | The Accused Products "attempt[] to determine a location of the smartphone based on GPS data of the smartphone[.]"<br><br>*See* Claim Element 1.2.A. |
| **[19.1.B]** determining whether the GPS data is not determinable; | The Accused Products "determin[e] whether the GPS data is not determinable[.]"<br><br>*See* Claim Element 1.2.A.1. |
| **[19.1.C]** attempting to determine the location of the smartphone based on triangulation; | The Accused Products attempt "to determine the location of the smartphone based on triangulation[.]"<br><br>*See* Claim Element 1.2.A.2. |
| **[19.1.D]** determining the location of the smartphone based on the triangulation; | The Accused Products determine "the location of the smartphone based on the triangulation[.]"<br><br>*See* Claim Element 1.2.A.3. |
| **[19.1.E]** providing | The Accused Products "provid[e] information indicative of the determined location to the one or more server computers[.]" |

*U.S. Patent No. 12,548,404*

| | |
|---|---|
| information indicative of the determined location to the one or more server computers: | *See* Claim Element 1.2.A.4. |
| **[19.1.F]** receiving, from the one or more server computers, an indication that the smartphone is in a U.S. state where gambling is allowed based on the information indicative of the location; and | The Accused Products "receiv[e], from the one or more server computers, an indication that the smartphone is in a U.S. state where gambling is allowed based on the information indicative of the location[.]"<br><br>*See* Claim Element 1.2.A.5. |
| **[19.1.G]** enabling the application to access the gambling service to engage in the at least one gambling activity based | The Accused Products "enabl[e] the application to access the gambling service to engage in the at least one gambling activity based on the indication."<br><br>*See* Claim Element 1.2.A.6. |

| on the indication. | |
|---|---|
| **[20]** The system of claim 19, wherein the means for determining that the location of the smartphone cannot be determined based on GPS data includes: means for determining that a confidence level associated with a location determination based on the GPS data is below a threshold. | The Accused Products determine "that the location of the smartphone cannot be determined based on GPS data includes: means for determining that a confidence level associated with a location determination based on the GPS data is below a threshold." *See* Claim 2. |
| **[21]** The system of claim 19, wherein the means for determining that the location of the smartphone | The Accused Products include a "means for determining that the location of the smartphone cannot be determined based on GPS data includes: means for determining that an error has occurred in attempting to determine the location of the smartphone based on GPS data." *See* Claim 3. |

| | |
|---|---|
| cannot be determined based on GPS data includes: means for determining that an error has occurred in attempting to determine the location of the smartphone based on GPS data. | |
| **[22.1]** The system of claim 19, further comprising: means for attempting to determine the location of the smartphone based on wifi data; and | The Accused Products include a "means for attempting to determine the location of the smartphone based on wifi data[.]"<br><br>*See* Claim Element 4.1. |
| **[22.2]** means for determining that the location of the smartphone cannot be determined | The Accused Products include a "means for determining that the location of the smartphone cannot be determined based on the wifi data."<br><br>*See* Claim Element 4.2. |

| | |
|---|---|
| based on the wifi data. | |
| **[23]** The system of claim 22, wherein the means for attempting to determine the location of the smartphone based on the wifi data includes: means for determining whether the smartphone is connected to a trusted wifi network. | The Accused Products include a "means for determining whether the smartphone is connected to a trusted wifi network."<br><br>*See* Claim 5. |
| **[24]** The system of claim 22, wherein the means for attempting to determine the location of the smartphone based on the wifi data includes: means for receiving from | The Accused Products a "means for attempting to determine the location of the smartphone based on the wifi data includes: means for receiving from the application a list of available wifi networks; and means for attempting to map at least the list of available wifi networks to the location."<br><br>*See* Claim 6. |

| | |
|---|---|
| the application a list of available wifi networks; and means for attempting to map at least the list of available wifi networks to the location. | |
| **[25.1]** The system of claim 24, wherein the means for attempting to determine the location of the smartphone based on the wifi data further include: means for receiving from the application on the smartphone an indication of a respective signal strength associated with each wifi network in the list of available | The Accused Products include a "means for attempting to determine the location of the smartphone based on the wifi data further include: means for receiving from the application on the smartphone an indication of a respective signal strength associated with each wifi network in the list of available wifi networks[.]"<br><br>*See* Claim Element 7.1. |

| | |
|---|---|
| wifi networks; and | |
| **[25.2]** wherein the means for attempting to map at least the list of available wifi networks to the location comprise means for attempting to map the list of available wifi networks and the signal strengths to the location. | The Accused Products include a "means for attempting to map at least the list of available wifi networks to the location comprise means for attempting to map the list of available wifi networks and the signal strengths to the location." <br><br> *See* Claim Element 7.2. |
| **[26]** The system of claim 19, wherein the means for enabling the application to access the gambling service to engage in the at least one gambling activity is further based on a determination | The Accused Products include a "means for enabling the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that the smartphone has not been rooted." <br><br> *See* Claim 8. |

| | |
|---|---|
| that the smartphone has not been rooted. | |
| **[27]** The system of claim 19, wherein the means for enabling the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that no invalid interfaces of the smartphone have been enabled. | The Accused Products include a "means for enabling the application to access the gambling service to engage in the at least one gambling activity is further based on a determination that no invalid interfaces of the smartphone have been enabled." <br><br> *See* Claim 9. |