**EXHIBIT 9**

*U.S. Patent No. 12,400,518*

**EXHIBIT 9**
**INITIAL INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 12,400,518**

DraftKings infringes, directly and indirectly, at least claims 1–21 and 24 of U.S. Patent No. 12,400,518 (the '518 patent). All of DraftKings' products designed for Apple's iOS that allow gambling or betting (the Accused Products) infringe literally and under the Doctrine of Equivalents, the '518 patent, including:

- DraftKings Sportsbook and Casino
- DraftKings Fantasy Sports
- DraftKings Casino Real Money
- DK Horse Racing & Betting
- Golden Nugget Online Casino
- DraftKings Pick6: Fantasy Game

The following claim chart is representative and demonstrates how DraftKings Sportsbook and Casino directly infringes claims 1–21 and 24 of the '518 patent. In addition to directly infringing, DraftKings also induces its customers to infringe by manufacturing and making available the Accused Products and contributorily infringes by manufacturing and making available the Accused Products, which are a material part of the invention of the '518 patent, in a manner in which they are adapted for use to infringe without any substantial non-infringing uses. For example, DraftKings induces its users how to infringe the '518 patent through the use of extensive support and frequently asked questions pages, available at https://support.draftkings.com/dk/en-us training guides available at https://support.draftkings.com/dk/en-us/draftkings-new-player-getting-started-guide?id=kb_article_view&sysparm_article=KB0010391, training videos available at YouTube.com (and other social media platforms), and within its mobile applications.

The information included in this chart is derived from publicly available sources, including screenshots of the Accused Products, Internet resources, and a review of the decompiled bytecode of the DraftKings Sportsbook and Casino application using the commercially available JEB Decompiler by PNF Software. The DraftKings Sportsbook and Casino application (APK), version 5.13.0, was obtained from the Google Play Store. Based on information available to Plaintiff at this time, including the aforementioned bytecode analysis, DraftKings Sportsbook and Casino is representative of all Accused Products, including both iOS and Android operating systems (OS) because it utilizes the same or similar backend servers, the GeoComply library, and allows for similar functionality for the user.

| Claim Element | Accused Products |
|---|---|
| **[1.P]** A system, comprising: | The Accused Products provide "[a] system[.]"<br><br>For example, the Accused Products include a mobile application that is in communication with one or more backend servers.<br><br>**Mobile App Requirements**<br><br>*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*<br><br>Note for those on Android:<br><br>The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.<br><br>• It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.<br><br>• It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.<br><br>*See* https://www.draftkings.com/mobileapps. |

| Claim Element | Accused Products |
|---|---|
|  |  |

3

| Claim Element | Accused Products |
|---|---|
| | The Accused Products are also downloadable from the Google Play Store and the Apple App Store.<br><br>https://play.google.com/store/apps/details?id=com.draftkings.sportsbook&hl=en_US.<br><br> |

| Claim Element | Accused Products |
|---|---|
|  | Apple App Store:<br><br> |

5

| Claim Element | Accused Products |
|---|---|
| **[1.1]** a mobile phone configured to: | The Accused Products' system include "[a] mobile phone[.]"<br><br>Specifically, the Accused Products are designed to run on mobile devices and web-enabled devices, including mobile phones.<br><br>https://help.draftkings.com/hc/en-us/articles/4405236818451-Browser-and-Mobile-Device-Requirements-General-Resolutions-US.<br><br>**Mobile App Requirements** ⌃<br><br>*Due to location services requirements, DraftKings Sportsbook and DraftKings Casino are not available via web on a Mobile Device. To play Sportsbook on a Mobile Device, you must download the DraftKings Sportsbook App. To play Casino on a Mobile Device, you must download the DraftKings Casino App.*<br><br>Note for those on Android:<br><br>The DraftKings Sportsbook and the DraftKings Casino apps are available to download from the Google Play Store with a few restrictions.<br><br>• It's legal to bet on sports with us in **Michigan** or **Virginia**, but you won't have access to the action from the Google Play Store app. To get skin in the game, just download **DraftKings Sportsbook** for Android directly from our website.<br><br>• It's legal to wager in the DraftKings Casino in **West Virginia**, but you won't have access to the action from the Google Play Store app. If you're in West Virginia, instead we ask that you download **DraftKings Casino** for Android directly from our Mobile Apps page.<br><br>*See* https://www.draftkings.com/mobileapps. |

| Claim Element | Accused Products |
|---|---|
|  |  *See* https://www.draftkings.com/mobileapps. |

7

| Claim Element | Accused Products |
|---|---|
| | ![DraftKings Help Center page titled "Can I access DraftKings from my phone or tablet? (US)"] Home > My Account - Geolocation & Troubleshooting  **Can I access DraftKings from my phone or tablet? (US)**  Yes, you can! DraftKings offers mobile applications for DraftKings Daily Fantasy, Sportsbook, Casino, DK Horse, and Pick6 in authorized states.  All applications are available for both **iOS** and **Android** devices and can be downloaded from the mobile app page or the app store on your mobile device.  If you prefer not to use a mobile app, all DraftKings contests and play options are available on your web browser.  Was this article helpful?  👍 Yes   👎 No   Rate this article ☆☆☆☆☆  *See* https://support.draftkings.com/dk/en-us/can-i-access-draftkings-from-my-phone-or-tablet-us?id=kb_article_view&sysparm_article=KB0010754. |
| **[1.2]** receive, from one or more server computers, an indication that the mobile phone | The Accused Products "receive, from one or more server computers, an indication that the mobile phone is in a defined geographical area in which gambling is permitted[.]"  For example, if the device is in a location where gambling is permitted: |

8

| Claim Element | Accused Products |
|---|---|
| is in a defined geographical area in which gambling is permitted; | <br><br>(Android)                                          (iOS) |

| Claim Element | Accused Products |
|---|---|
|  | Otherwise, if the device is in a jurisdiction where gambling is not permitted, betting is disallowed:  (Android)                                                  (iOS) |

10

| Claim Element | Accused Products |
|---|---|
| | And even funds cannot be deposited:  (Android)                                                          (iOS) |

11

| Claim Element | Accused Products |
|---|---|
| | A review of the bytecode confirms that the mobile app communicates with one or more backend servers, and the servers indicate whether gambling is permitted by sending a communication back to the mobile phone with a location key that indicates the state the device is in and additional fields that indicate whether gambling is permitted or not. On information and belief, the application code for iOS implementations functions similarly. |
| **[1.3]** detect a radio frequency (RF) signal from another mobile phone in the defined geographical area via at least one of a Bluetooth-based connection or a Wi-Fi-based connection between the mobile phone and the other mobile phone; | The Accused Products "detect a radio frequency (RF) signal from another mobile phone in the defined geographical area via at least one of a Bluetooth-based connection or a Wi-Fi-based connection between the mobile phone and the other mobile phone[.]"<br><br>For example, the Accused Products include functionality for sharing of referrals via Apple's AirDrop functionality: |

12

| Claim Element | Accused Products |
|---|---|
| |  |

| Claim Element | Accused Products |
|---|---|
| | On information and belief, when AirDrop is initiated it sends and receives at least a Bluetooth radio frequency signal to detect nearby mobile phones:<br><br>## 2.2  Device Discoverability<br><br>When opening the sharing pane on an iOS device, nearby devices appear in the user interface if they are discoverable [10]. In particular, receiver devices can be discovered by *everybody* or by *contacts only*, which is the default setting. In either case, an AirDrop sender will attempt to perform a mutual authentication handshake with a responding receiver. Note that the issues addressed in our paper (i.e., the leakage of contact identifiers of sender and receiver during the authentication process) affect both settings.<br><br>Heinrich, *et al.*, "PrivateDrop: Practical Privacy Preserving Authentication for Apple AirDrop", 30th Usenix Security Symposium, 3578, available at: https://www.usenix.org/system/files/sec21-heinrich.pdf (Heinrich). |

| Claim Element | Accused Products |
|---|---|
| | The AirDrop protocol allows a *sender* to transmit a file or link to a *receiver*. It consists of the three phases *discovery*, *authentication*, and *data transfer*, which we explain based on [92] and depict in Fig. 1: (a) When the sender opens the sharing pane, it starts emitting BLE advertisements that contain a truncated hash for each contact identifier. A receiver compares the sender's hashed contact identifiers with entries in their address book. The receiver activates their AWDL interface if at least one contact match was found in contacts-only mode or if it is discoverable by everyone. The sender then proceeds by searching for AirDrop services with DNS service discovery (DNS-SD) via the AWDL interface. (b) For each discovered service, the sender initiates an authentication procedure via an HTTPS *Discover* request that we detail in § 2.4. If the authentication procedure completes successfully, the receiver's identity is displayed in the sender's user interface. (c) Finally, the sender selects the receiver and sends<br><br>Heinrich, 3578. |



Figure 1: AirDrop protocol (simplified version from [92]). The orange message parts leak the sender's and receiver's contact identifiers, as discussed in § 3.3 and § 3.4, respectively.

Heinrich, 3579.

| Claim Element | Accused Products |
|---|---|
| **[1.4]** determine that the other mobile phone in the defined geographical area is located nearby the mobile phone based on detecting the RF signal; | The Accused Products "determine that the other mobile phone in the defined geographical area is located nearby the mobile phone based on detecting the RF signal[.]"<br><br>As explained above for element 1.3, on information and belief, AirDrop relies, in part, on BLE transmissions to initialize communications between two mobile phones. BLE is a short range wireless technology. As such, a first phone within the defined geographical area would be communicating via AirDrop with nearby devices.<br><br>The AirDrop protocol allows a *sender* to transmit a file or link to a *receiver*. It consists of the three phases *discovery*, *authentication*, and *data transfer*, which we explain based on [92] and depict in Fig. 1: (a) When the sender opens the sharing pane, it starts emitting BLE advertisements that contain a truncated hash for each contact identifier. A receiver compares the sender's hashed contact identifiers with entries in their address book. The receiver activates their AWDL interface if at least one contact match was found in contacts-only mode or if it is discoverable by everyone. The sender then proceeds by searching for AirDrop services with DNS service discovery (DNS-SD) via the AWDL interface. (b) For each discovered service, the sender initiates an authentication procedure via an HTTPS *Discover* request that we detail in § 2.4. If the authentication procedure completes successfully, the receiver's identity is displayed in the sender's user interface. (c) Finally, the sender selects the receiver and sends<br><br>Heinrich, 3578. |
| **[1.5]** enable a user to submit a | The Accused Products "enable a user to submit a wager for a gambling event via the mobile phone based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone[.]" |

| Claim Element | Accused Products |
|---|---|
| wager for a gambling event via the mobile phone based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone; | As explained above, the Accused Products, detect whether the other phone is nearby in the form of displaying nearby AirDrop recipients (*e.g.*, John Smith): |

| Claim Element | Accused Products |
|---|---|
| |  |

19

| Claim Element | Accused Products |
|---|---|
| | In addition, the Accused Products allow wagering to be synchronized between the two mobile phones. For example, as the example offer explains a first player can receive $100 for betting in exchange for: (1) the other mobile device depositing $25; and (2); the first player on the first device also depositing $25.<br><br> |

| Claim Element | Accused Products |
|---|---|
| **[1.6.a]** determine a name of a user associated with the other mobile phone based on the RF signal in response to detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone, wherein, to determine the name of the user, the mobile phone is configured to: | The Accused Products "determine a name of a user associated with the other mobile phone based on the RF signal in response to detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone, wherein, to determine the name of the user, the mobile phone is configured to[.]"<br><br>The Accused Products "determine the name of a user" (*e.g.*, John Smith below):<br><br> |

21

| Claim Element | Accused Products |
|---|---|
| | On information and belief, this name is determined based on a RF signal and in response to detecting that the recipient device is nearby. Specifically, on information and belief, the AirDrop protocol receives an RF signal from a nearby mobile device that is used to determine the name displayed (*e.g.*, John Smith) in the above screenshot.<br><br>The AirDrop protocol allows a *sender* to transmit a file or link to a *receiver*. It consists of the three phases *discovery*, *authentication*, and *data transfer*, which we explain based on [92] and depict in Fig. 1: (a) When the sender opens the sharing pane, it starts emitting BLE advertisements that contain a truncated hash for each contact identifier. A receiver compares the sender's hashed contact identifiers with entries in their address book. The receiver activates their AWDL interface if at least one contact match was found in contacts-only mode or if it is discoverable by everyone. The sender then proceeds by searching for AirDrop services with DNS service discovery (DNS-SD) via the AWDL interface. (b) For each discovered service, the sender initiates an authentication procedure via an HTTPS *Discover* request that we detail in § 2.4. If the authentication procedure completes successfully, the receiver's identity is displayed in the sender's user interface. (c) Finally, the sender selects the receiver and sends<br><br>Heinrich, 3578. |
| **[1.6.b]** match a pattern associated with the RF signal to a plurality of | The Accused Products "match a pattern associated with the RF signal to a plurality of signal patterns maintained in a table stored on the mobile phone, wherein the table associates different names with different signal patterns[.]" |

| Claim Element | Accused Products |
|---|---|
| signal patterns maintained in a table stored on the mobile phone, wherein the table associates different names with different signal patterns; and | On information and belief, the Accused Products through the implemented AirDrop functionality use the sending device's address book (*e.g.*, table) and RF signals received from the receiving device to determine the correct name to display (*e.g.*, John Smith). In particular, on information and belief, during the initial handshake between sending and receiving devices in an AirDrop communication, the receiving device transmits wirelessly (*e.g.*, RF signal) a secure list of its own hashed contact information (*e.g.*, a pattern). This list is then compared against computed hashes (different signal patterns) of each contact in the sending devices address book (*e.g.*, table). This is further explained below: |

23

| Claim Element | Accused Products |
|---|---|
| | The certificate $\sigma_{UUID}$ contains an account-specific universally unique identifier (UUID).[1] The certificate is used as a client or server certificate (depending on the role) in the TLS connection. As the UUID in the certificate does not link any contact identifiers, AirDrop uses an Apple-signed *Apple ID validation record (VR$_\sigma$)*. The validation record contains the UUID from the TLS certificate and all contact identifiers $SHA\text{-}256\,(ID_1),\ldots,SHA\text{-}256\,(ID_m)$ that are registered with the user's Apple ID in hashed form. Also, $VR_\sigma$ includes a signature and the certificate of the signing CA $\sigma_{VR}$.[2] Formally, we define $VR_\sigma$ as follows: $$VR = (UUID, SHA\text{-}256\,(ID_1),\ldots,SHA\text{-}256\,(ID_m))  \quad (1)$$ $$VR_\sigma = (VR, sign\,(\sigma_{VR}, VR), \sigma_{VR}),  \quad\quad\quad\quad (2)$$ where $sign\,(\sigma_{VR}, VR)$ is the signature of VR for certificate $\sigma_{VR}$. During authentication, AirDrop (a) verifies the signature on the received validation record, (b) verifies that the UUID in the certificate matches the one in the validation record, and (c) computes the SHA-256 hash over each normalized[3] address book entry and compares them with the hashes contained in the validation record. Authentication succeeds if all checks pass. If authentication fails on the receiver side, Heinrich, 3579. |
| [1.6.c] based on a match of the pattern to one of the plurality of signal patterns, | The Accused Products are "based on a match of the pattern to one of the plurality of signal patterns, obtain, from the table, the name of the user associated with the matched pattern[.]" Based on whether there is a match in the sending device's address book (*e.g.*, table) the name (*e.g.*, John Smith) of the user is displayed: |

| Claim Element | Accused Products |
|---|---|
| obtain, from the table, the name of the user associated with the matched pattern; and |  |

25

| Claim Element | Accused Products |
|---|---|
| | contained in the validation record. Authentication succeeds if all checks pass. If authentication fails on the receiver side, the receiver aborts the connection. However, if authentication fails on the sender side, AirDrop continues the transaction but treats the connection as unauthenticated and the peer as a non-contact. AirDrop shows contacts with their name and picture from the address book in the user interface. Non-contacts are displayed using the device name without a picture instead.<br><br>Heinrich, 3579. |
| **[1.6.d]** cause the name of the user to be displayed via the mobile phone. | The Accused Products "cause the name of the user to be displayed via the mobile phone."<br><br>The Accused Products display the name (*e.g.*, John Smith) of the user: |



27

| Claim Element | Accused Products |
|---|---|
| | contained in the validation record. Authentication succeeds if all checks pass. If authentication fails on the receiver side, the receiver aborts the connection. However, if authentication fails on the sender side, AirDrop continues the transaction but treats the connection as unauthenticated and the peer as a non-contact. AirDrop shows contacts with their name and picture from the address book in the user interface. Non-contacts are displayed using the device name without a picture instead.<br><br>Heinrich, 3579. |
| **[2]** The system of claim 1, wherein the mobile phone is further configured to, based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone, request information from | The Accused Products include functionality "wherein the mobile phone is further configured to, based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone, request information from the one or more server computers."<br><br>The Accused Products request information from one or more servers via the referral link, as shown below in the following webpage (retrieved from a server) showing a successful referral: |

| Claim Element | Accused Products |
|---|---|
| the one or more server computers. |  |
| **[3]** The system of claim 1, wherein the defined | The Accused Products include functionality "wherein the defined geographical area is a geo-fenced region based in part on coverage areas of one or more transmitters." |

| Claim Element | Accused Products |
|---|---|
| geographical area is a geo-fenced region based in part on coverage areas of one or more transmitters. | Based on a review of the bytecode, the Accused Products leverage, in part, the Android Geofence API for geofence boundaries. As part of this process, the Accused Products build a list of multiple geofences that overlap. This list of geofences, which each have their own respective radiuses (and thus borders) collectively represent a larger border. On information and belief, the application code for iOS implementations functions similarly. |
| [4] The system of claim 1, wherein the mobile phone is configured to determine that the mobile phone is in the defined geographical area in which gambling is permitted based on a signal strength associated with the mobile phone. | The Accused Products include functionality "wherein the mobile phone is configured to determine that the mobile phone is in the defined geographical area in which gambling is permitted based on a signal strength associated with the mobile phone."<br><br>Specifically, the Accused Products also send cellular information to one or more servers as part of determining that the phone is in "the defined geographical area." For example, the Accused Products sends the following subset of cellular information to their servers:<br>• The cellular identifier (CID) which is a unique number used to identify each base transceiver station (BTS) or sector of a BTS within a location area code (LAC).<br>• The cellular mobile country code (MCC) and mobile network code (MNC) to uniquely identify the mobile network operator.<br>• The ASU signal strength (SS) technology-specific signal strength in Arbitrary Strength Units, calculated from the strength of the pilot signal or equivalent.<br><br>This information, including the signal strength, is then used as part of determining whether the phone is in a location where gambling is permitted. |
| [5] The system of claim 1, wherein the mobile phone is configured to determine that the mobile phone | The Accused Products include functionality "wherein the mobile phone is configured to determine that the mobile phone is in the defined geographical area in which gambling is permitted based on Global Positioning System (GPS) coordinates of the mobile phone."<br><br>This element is met by several different mechanisms within the Accused Products. For example, throughout use of the application, a user may be repeatedly prompted to confirm or check their location, as shown below: |

| Claim Element | Accused Products |
|---|---|
| is in the defined geographical area in which gambling is permitted based on Global Positioning System (GPS) coordinates of the mobile phone. | <br>(Android)      (iOS) |

| Claim Element | Accused Products |
|---|---|
| | As a result of this explicit check, GPS will be used to determine the location of the mobile device (if available). |
| | In addition to the explicit checks, a review of the bytecode confirms that there are a number of location checks that occur without explicit user involvement. Specifically, the Accused Products, in part, utilize the Google Play services GMS location API, including a fused location provider for providing geofencing and geographical area handling. On information and belief, the application code for iOS implementations functions similarly.This includes determining its location via GPS, cellular, and Wi-Fi as a fused source of locational data. As noted in the Google Android documentation found at https://developers.google.com/location-context/fused-location-provider, it states: |
| | The fused location provider is a location API in Google Play services that intelligently combines different signals to provide the location information that your app needs.<br>The fused location provider manages the underlying location technologies, such as GPS and Wi-Fi, and provides a simple API that you can use to specify the required quality of service. |
| **[6]** The system of claim 1, wherein the mobile phone is configured to determine that the mobile phone is in the defined geographical area in which gambling is permitted based on at least one of a base station or a mobile network to which the mobile | The Accused Products include functionality "wherein the mobile phone is configured to determine that the mobile phone is in the defined geographical area in which gambling is permitted based on at least one of a base station or a mobile network to which the mobile phone is communicatively coupled."<br><br>Specifically, based on a review of the bytecode, the Accused Products transmit Wi-Fi information to their servers that includes GPS coordinates that contain latitude and longitude, accuracy in meters, and altitude. The Accused Products send a list of Access Points (APs) that contain their MAC addresses, and SSIDs (Base Station) to their servers. On information and belief, the application code for iOS implementations functions similarly.<br><br>Moreover, the Accused Products leverage Google Location Services to locate the mobile device, and those services, as explained below, use cellular networks, Wi-Fi, and GPS to perform location checks.<br><br>*See* https://support.google.com/android/answer/3467281?sjid=5336235826517115621-NC#location_accuracy&zippy=%2Cwhen-location-accuracy-is-on.<br><br>In particular, the documentation states: |

| Claim Element | Accused Products |
|---|---|
| phone is communicatively coupled. | "When Location Accuracy is on, your device uses these sources to get the most accurate location, which may include elevation or floor level:<br><br>• Wireless signals, if available, such as:<br>   o GPS<br>   o Wi-Fi<br>   o Mobile cellular networks"<br><br>On information and belief, this information, including the mobile network to which the phone is coupled, is also transmitted to one or more servers. *See* https://support.google.com/android/answer/15157297?hl=en.<br><br>The Accused Products also directly send cellular information to one or more servers. The Accused Products send the following subset of cellular information to their servers:<br>• The cellular identifier (CID) which is a unique number used to identify each base transceiver station (BTS) or sector of a BTS within a location area code (LAC).<br>• The cellular mobile country code (MCC) and mobile network code (MNC) to uniquely identify the mobile network operator.<br>• The ASU signal strength (SS) technology-specific signal strength in Arbitrary Strength Units, calculated from the strength of the pilot signal or equivalent.<br><br>All of this information is used to determine the location of the mobile phone. |
| [7] The system of claim 1, wherein the RF signal comprises encrypted information. | The Accused Products' "RF signal comprises encrypted information."<br><br>Specifically, the sending device during discovery emits a BLE advertisement (RF Signal) that includes a hash of the senders contact information: |

| Claim Element | Accused Products |
|---|---|
| | and depict in Fig. 1: (a) When the sender opens the sharing pane, it starts emitting BLE advertisements that contain a truncated hash for each contact identifier. A receiver compares the sender's hashed contact identifiers with entries in their address book. The receiver activates their AWDL inter-<br><br>Heinrich, 3578.<br><br>There is more encrypted information transmitted during the mutual authentication process of each device:<br><br>**2.4  Mutual Authentication**<br><br>An authenticated connection can only be established between users with an Apple ID who are present in each others' address books. In order to authenticate, a device needs to prove that it has registered a certain contact identifier $ID_i$ such as phone number or email address associated with its Apple ID, while the verifying device checks whether $ID_i$ is an address book entry. Authentication involves multiple Apple-signed certificates and a chain of Apple-run certificate authorities (CAs). In particular, AirDrop uses a device-specific certificate $\sigma_{UUID}$ and a validation record $VR_\sigma$, which are both signed by Apple. The devices retrieve them both from Apple once the user logs in to their iCloud account. They can then be used offline in any subsequent AirDrop transaction.<br><br>Heinrich, 3579. |

34

| Claim Element | Accused Products |
|---|---|
| [8] The system of claim 7, where, to detect the RF signal from the other mobile phone in the defined geographical area, the mobile phone is configured to decrypt the encrypted information. | The Accused Products include functionality "where, to detect the RF signal from the other mobile phone in the defined geographical area, the mobile phone is configured to decrypt the encrypted information."<br><br>During authentication, AirDrop decrypts encrypted information:<br><br>cate $\sigma_{VR}$. During authentication, AirDrop (a) verifies the signature on the received validation record, (b) verifies that the UUID in the certificate matches the one in the validation record, and (c) computes the SHA-256 hash over each normalized[3] address book entry and compares them with the hashes contained in the validation record. Authentication succeeds if all checks pass. If authentication fails on the receiver side, the receiver aborts the connection. However, if authentication fails on the sender side, AirDrop continues the transaction but treats the connection as unauthenticated and the peer as a non-contact. AirDrop shows contacts with their name and picture from the address book in the user interface. Non-contacts are displayed using the device name without a picture instead.<br><br>Heinrich, 3579. |
| [9.P] A method, comprising: | The Accused Products include "[a] method[.]"<br><br>*See* Claim Element 1.P and the remaining elements of Claim 1. |
| [9.1] receiving, from one or more server computers, an indication that a | The Accused Products "receiv[e] from one or more server computers, an indication that a mobile phone is in a defined geographical area in which gambling is permitted."<br><br>*See* Claim Element 1.2. |

| Claim Element | Accused Products |
|---|---|
| mobile phone is in a defined geographical area in which gambling is permitted; | |
| **[9.2]** detecting a radio frequency (RF) signal from another mobile phone in the defined geographical area via at least one of a Bluetooth-based connection or a Wi-Fi-based connection between the mobile phone and the other mobile phone; | The Accused Products "detect[] a radio frequency (RF) signal from another mobile phone in the defined geographical area via at least one of a Bluetooth-based connection or a Wi-Fi-based connection between the mobile phone and the other mobile phone[.]"<br><br>*See* Claim Element 1.3. |
| **[9.3]** determining that the other mobile phone in the defined geographical area is located nearby the | The Accused Products "determin[e] that the other mobile phone in the defined geographical area is located nearby the mobile phone based on detecting the RF signal[.]"<br><br>*See* Claim Element 1.4. |

| Claim Element | Accused Products |
|---|---|
| mobile phone based on detecting the RF signal; and | |
| **[9.4.a]** enabling an action based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone, wherein the action comprises: | The Accused Products "enable[] an action based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone, wherein the action comprises[.]" *See* Claim Element 1.5. |
| **[9.4.b.1]** determining a name of a user associated with the other mobile phone based on the RF signal, wherein determining the name of the user comprises: | The Accused Products "determin[e] a name of a user associated with the other mobile phone based on the RF signal, wherein determining the name of the user comprises[.]" *See* Claim Element 1.6. |
| **[9.4.b.2]** matching a pattern | The Accused Products "match[] a pattern associated with the RF signal to a plurality of signal patterns stored in a table, wherein the table associates different names with different signal patterns[.]" |

| Claim Element | Accused Products |
|---|---|
| associated with the RF signal to a plurality of signal patterns stored in a table, wherein the table associates different names with different signal patterns; and | *See* Claim Element 1.6.a. |
| **[9.4.b.3]** based on the matching of the pattern to one of the plurality of signal patterns, obtaining, from the table, the name of the user associated with the matched pattern; and | The Accused Products are "based on the matching of the pattern to one of the plurality of signal patterns, obtaining, from the table, the name of the user associated with the matched pattern[.]" <br><br> *See* Claim Element 1.6.b. |
| **[9.4.b.4]** causing the name of the user to be displayed via the mobile phone. | The Accused Products "caus[e] the name of the user to be displayed via the mobile phone." <br><br> *See* Claim Element 1.6.c. |
| **[10]** The method of claim 9, wherein enabling | The Accused Products include functionality "wherein enabling the action based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone further comprises requesting information from the one or more server computers." |

| Claim Element | Accused Products |
|---|---|
| the action based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone further comprises requesting information from the one or more server computers. | After the referral, the user is prompted to sign up for a DraftKings account, as shown below the following webpage (retrieved from a server) showing a successful referral:<br><br> |

| Claim Element | Accused Products |
|---|---|
| **[11]** The method of claim 9, wherein enabling the action based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone further comprises enabling a user to submit a wager for a gambling event via the mobile phone. | The Accused Products include functionality "wherein enabling the action based on detecting that the other mobile phone in the defined geographical area is located nearby the mobile phone further comprises enabling a user to submit a wager for a gambling event via the mobile phone."<br><br>*See* Claim 10. After the account is created, the user can submit wagers. |
| **[12]** The method of claim 9, wherein the defined geographical area is a geo-fenced region based in part on coverage areas of one or more transmitters | The Accused Products include a method "wherein the defined geographical area is a geo-fenced region based in part on coverage areas of one or more transmitters."<br><br>*See* Claim 3. |

| Claim Element | Accused Products |
|---|---|
| **[13]** The method of claim 9, wherein determining that the mobile phone is in the defined geographical area in which gambling is permitted is based on a signal strength associated with the mobile phone. | The Accused Products include a method "wherein determining that the mobile phone is in the defined geographical area in which gambling is permitted is based on a signal strength associated with the mobile phone."<br><br>*See* Claim 4. |
| **[14]** The method of claim 9, wherein determining that the mobile phone is in the defined geographical area in which gambling is permitted is based on Global Positioning System (GPS) coordinates of the mobile phone. | The Accused Products include a method "wherein determining that the mobile phone is in the defined geographical area in which gambling is permitted is based on Global Positioning System (GPS) coordinates of the mobile phone."<br><br>*See* Claim 5. |

| Claim Element | Accused Products |
|---|---|
| **[15]** The method of claim 9, wherein determining that the mobile phone is in the defined geographical area in which gambling is permitted is based on at least one of a base station or a mobile network to which the mobile phone is communicatively coupled. | The Accused Products include a method "wherein determining that the mobile phone is in the defined geographical area in which gambling is permitted is based on at least one of a base station or a mobile network to which the mobile phone is communicatively coupled."<br><br>*See* Claim 6. |
| **[16]** The method of claim 9, wherein the RF signal comprises encrypted information. | The Accused Products include a method "wherein the RF signal comprises encrypted information."<br><br>*See* Claim 7. |
| **[17]** The method of claim 16, where detecting the RF signal from the other mobile phone in the defined | The Accused Products include a method "where detecting the RF signal from the other mobile phone in the defined geographical area comprises decrypting the encrypted RF information."<br><br>*See* Claim 8. |

| Claim Element | Accused Products |
|---|---|
| geographical area comprises decrypting the encrypted RF information. | |
| **[18.P]** A system, comprising: | The Accused Products include "[a] system, comprising[.]"<br><br>*See* Claim Element 1.P. |
| **[18.1]** means for detecting, by a mobile phone, one or more Bluetooth-based signals from one or more beacons; | The Accused Products include a "means for detecting, by a mobile phone, one or more Bluetooth-based signals from one or more beacons[.]"<br><br>Based on information and belief, the Accused Products are configured to utilize GeoComply Pinpoint to determine a mobile phone's location. Based on information and belief, Pinpoint uses Bluetooth beacons to locate a mobile device.<br><br>"GeoComply, the leading provider of geolocation and compliance solutions, announced today that they have launched with DraftKings at Casino Queen in Illinois for both player geolocation and to enable players to register their account at the DraftKings at Casino Queen property using their own mobile device.<br><br>To enable onsite account registration via a mobile device, DraftKings at Casino Queen has deployed GeoComply's PinPoint on-premise solution, utilizing specialized Bluetooth beacons and software to ensure compliance with state regulations. DraftKings is also utilizing the PinPoint solution in Iowa, for on-premise player registration."<br><br>*See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/.<br><br>"With PinPoint's combination of Bluetooth beacons and back office software, GeoComply has provided us with a way to offer a more efficient, mobile experience to our customers when they register for their account at the DraftKings at Casino Queen property," says Paul Liberman, DraftKings Co-Founder and President, Global Technology and Product. "The PinPoint solution really streamlines the process and enables our customers to complete their registration quickly and efficiently on their mobile device, using digital ID verification." |

| Claim Element | Accused Products |
|---|---|
|  | "Whether geolocating a player on a casino property or helping them use their mobile device to set up their account, GeoComply's PinPoint solution is designed to make the mobile experience seamless for both players and operators," says Sam Basile, General Manager, PinPoint at GeoComply. "We are really pleased to be working with DraftKings in Iowa and DraftKings at Casino Queen in Illinois, to give customers the convenience of using their mobile devices to set up their online account anywhere within the casino."<br><br>*See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/.<br><br><br><br>*See* https://www.geocomply.com/anti-fraud-and-geolocation-solutions/pinpoint/. |

| Claim Element | Accused Products |
|---|---|
| | <br><br>*See* https://fccid.io/2BF4D-GCP2/User-Manual/User-Manual-7480799.pdf. |
| **[18.2]** means for determining information associated with the one or more Bluetooth-based signals; | The Accused Products include a "means for determining information associated with the one or more Bluetooth-based signals[.]"<br><br>Based on information and belief, the Accused Products are configured to utilize GeoComply Pinpoint to determine information associated with one or more Bluetooth signals. Specifically, based on information and belief, the Accused Products receive identifying information from one or more Bluetooth based beacons in order to locate a mobile phone. |

45

| Claim Element | Accused Products |
| --- | --- |
| | "GeoComply, the leading provider of geolocation and compliance solutions, announced today that they have launched with DraftKings at Casino Queen in Illinois for both player geolocation and to enable players to register their account at the DraftKings at Casino Queen property using their own mobile device.<br><br>To enable onsite account registration via a mobile device, DraftKings at Casino Queen has deployed GeoComply's PinPoint on-premise solution, utilizing specialized Bluetooth beacons and software to ensure compliance with state regulations. DraftKings is also utilizing the PinPoint solution in Iowa, for on-premise player registration."<br><br>*See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/.<br><br>"With PinPoint's combination of Bluetooth beacons and back office software, GeoComply has provided us with a way to offer a more efficient, mobile experience to our customers when they register for their account at the DraftKings at Casino Queen property," says Paul Liberman, DraftKings Co-Founder and President, Global Technology and Product. "The PinPoint solution really streamlines the process and enables our customers to complete their registration quickly and efficiently on their mobile device, using digital ID verification."<br><br>"Whether geolocating a player on a casino property or helping them use their mobile device to set up their account, GeoComply's PinPoint solution is designed to make the mobile experience seamless for both players and operators," says Sam Basile, General Manager, PinPoint at GeoComply. "We are really pleased to be working with DraftKings in Iowa and DraftKings at Casino Queen in Illinois, to give customers the convenience of using their mobile devices to set up their online account anywhere within the casino."<br>*See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/. |

| Claim Element | Accused Products |
|---|---|
| | <br><br>*See* https://www.geocomply.com/anti-fraud-and-geolocation-solutions/pinpoint/. |
| **[18.3]** means for providing, to one or more server computers, the information; | The Accused Products include a "means for providing, to one or more server computers, the information[.]"<br><br>Based on information and belief, the Accused Products are configured to utilize GeoComply Pinpoint to provide information to one or more servers, including "back office software."<br><br>"With PinPoint's combination of Bluetooth beacons and back office software, GeoComply has provided us with a way to offer a more efficient, mobile experience to our customers when they register for their account at the DraftKings at Casino Queen property," says Paul Liberman, DraftKings Co-Founder and President, Global Technology and Product. "The PinPoint solution really streamlines the process and enables our customers to complete their registration quickly and efficiently on their mobile device, using digital ID verification." |

| Claim Element | Accused Products |
|---|---|
| | "Whether geolocating a player on a casino property or helping them use their mobile device to set up their account, GeoComply's PinPoint solution is designed to make the mobile experience seamless for both players and operators," says Sam Basile, General Manager, PinPoint at GeoComply. "We are really pleased to be working with DraftKings in Iowa and DraftKings at Casino Queen in Illinois, to give customers the convenience of using their mobile devices to set up their online account anywhere within the casino." *See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/. |
| **[18.4]** means for receiving, from the one or more server computers, an indication that the mobile phone is in a defined geographical area in which gambling is permitted, the indication being based on the information; and | The Accused Products include a "means for receiving, from the one or more server computers, an indication that the mobile phone is in a defined geographical area in which gambling is permitted, the indication being based on the information[.]"<br><br>Based on information and belief, the Accused Products are configured to utilize GeoComply Pinpoint via "back office" software (*e.g.*, one or more servers) that "geolocate[e]s player on a casino property" (*e.g.*, a defined geographical area in which gambling is permitted):<br><br>"With PinPoint's combination of Bluetooth beacons and back office software, GeoComply has provided us with a way to offer a more efficient, mobile experience to our customers when they register for their account at the DraftKings at Casino Queen property," says Paul Liberman, DraftKings Co-Founder and President, Global Technology and Product. "The PinPoint solution really streamlines the process and enables our customers to complete their registration quickly and efficiently on their mobile device, using digital ID verification."<br><br>"Whether geolocating a player on a casino property or helping them use their mobile device to set up their account, GeoComply's PinPoint solution is designed to make the mobile experience seamless for both players and operators," says Sam Basile, General Manager, PinPoint at GeoComply. "We are really pleased to be working with DraftKings in Iowa and DraftKings at Casino Queen in Illinois, to give customers the convenience of using their mobile devices to set up their online account anywhere within the casino." *See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/. |
| **[18.5]** means for performing, based on the indication, an action. | The Accused Products include a "means for performing, based on the indication, an action."<br><br>Based on information and belief, the Accused Products are configured to utilize GeoComply Pinpoint to "geolocate[e]s player on a casino property," and if the location is confirmed, either "register for their account" or allow the user to place bets or otherwise use the Accused Products to gamble. |

| Claim Element | Accused Products |
|---|---|
| | "With PinPoint's combination of Bluetooth beacons and back office software, GeoComply has provided us with a way to offer a more efficient, mobile experience to our customers when they register for their account at the DraftKings at Casino Queen property," says Paul Liberman, DraftKings Co-Founder and President, Global Technology and Product. "The PinPoint solution really streamlines the process and enables our customers to complete their registration quickly and efficiently on their mobile device, using digital ID verification."<br><br>"Whether geolocating a player on a casino property or helping them use their mobile device to set up their account, GeoComply's PinPoint solution is designed to make the mobile experience seamless for both players and operators," says Sam Basile, General Manager, PinPoint at GeoComply. "We are really pleased to be working with DraftKings in Iowa and DraftKings at Casino Queen in Illinois, to give customers the convenience of using their mobile devices to set up their online account anywhere within the casino."<br><br>"The PinPoint on-property solution is also deployed at the Pearl River Casino in Mississippi to enable guests to place sports bets from anywhere on the casino property using their own mobile devices. Further, PinPoint is deployed in hundreds of taverns, bars and small casinos throughout Montana. PinPoint geofences these locations to allow players to use their own mobile devices to place sports bets only within the physical boundaries of these locations, as per Montana law."<br><br>*See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/. |
| **[19]** The system of claim 18, wherein the means for performing the action comprises: means for enabling a user to submit a wager for a | The Accused Products include functionality "wherein the means for performing the action comprises: means for enabling a user to submit a wager for a gambling event via the mobile phone."<br><br>Based on information and belief, the Accused Products are configured to utilize GeoComply Pinpoint to "geolocate[e]s player on a casino property," and if the location is confirmed, allow the user to place bets or otherwise use the Accused Products to gamble.<br><br>"With PinPoint's combination of Bluetooth beacons and back office software, GeoComply has provided us with a way to offer a more efficient, mobile experience to our customers when they register for their account at the DraftKings at Casino Queen property," says Paul Liberman, DraftKings Co-Founder and President, Global |

| Claim Element | Accused Products |
|---|---|
| gambling event via the mobile phone. | Technology and Product. "The PinPoint solution really streamlines the process and enables our customers to complete their registration quickly and efficiently on their mobile device, using digital ID verification."<br><br>"Whether geolocating a player on a casino property or helping them use their mobile device to set up their account, GeoComply's PinPoint solution is designed to make the mobile experience seamless for both players and operators," says Sam Basile, General Manager, PinPoint at GeoComply. "We are really pleased to be working with DraftKings in Iowa and DraftKings at Casino Queen in Illinois, to give customers the convenience of using their mobile devices to set up their online account anywhere within the casino."<br><br>"The PinPoint on-property solution is also deployed at the Pearl River Casino in Mississippi to enable guests to place sports bets from anywhere on the casino property using their own mobile devices. Further, PinPoint is deployed in hundreds of taverns, bars and small casinos throughout Montana. PinPoint geofences these locations to allow players to use their own mobile devices to place sports bets only within the physical boundaries of these locations, as per Montana law."<br><br>*See* https://www.geocomply.com/news/draftkings-illinois-on-premise-player-registration/. |
| [20] The system of claim 18, wherein the defined geographical area is a geo-fenced region based on at least one coverage area of the one or more beacons. | The Accused Products include functionality "wherein the defined geographical area is a geo-fenced region based on at least one coverage area of the one or more beacons."<br><br>GeoComply describes Pinpoint as using "geofencing." |

| Claim Element | Accused Products |
|---|---|
| | <br><br>*See* https://www.geocomply.com/. |
| [21] The system of claim 18, wherein the information is encrypted, and wherein the means for detecting the one or more Bluetooth-based signals | The Accused Products include functionality "wherein the information is encrypted, and wherein the means for detecting the one or more Bluetooth-based signals comprises: means for decrypting the encrypted information."<br><br>The Accused Products utilize GeoComply Pinpoint, which is described as using "secure bluetooth beacon technology:" |

51

| Claim Element | Accused Products |
|---|---|
| comprises: means for decrypting the encrypted information. | When it comes to providing a geofence solution for on-premise mobile wagering, GeoComply created beacon technology in order to achieve highly-accurate geofencing compliance. Utilizing secure bluetooth beacon technology, PinPoint takes our statewide solution down to as small as a 100 square foot room but can also provide a virtual geofence solution for an entire hotel and casino structure.<br><br>At the center of its technology is the PinPoint Master Beacon device which precisely geolocates any bluetooth enabled mobile device. Combined with negative beacons which excludes unauthorized access, a facility can be precisely geofenced in accordance with the adopted regulations.<br><br>*See* https://boardsandcommissions.sd.gov/bcuploads/Combined%20unnapproved%20minutes%2007-14-2021%20A.pdf (p. 116).<br><br>Based on information and belief, the "secure Bluetooth beacon technology" uses encryption (*e.g.*, encrypted BLE), which means that location checks involve decrypting such encrypted data. |
| **[22.P]** A method, comprising: | The Accused Products include "[a] method, comprising[.]"<br><br>*See* Claim Element 1.P and the remaining elements of Claim 1. |
| **[22.1]** detecting, by a mobile phone, one or more Bluetooth-based signals from one or more beacons; | The Accused Products "detect[], by a mobile phone, one or more Bluetooth-based signals from one or more beacons[.]"<br><br>*See* Claim Element 18.1. |

| Claim Element | Accused Products |
|---|---|
| **[22.2]** determining information associated with the one or more beacons; | The Accused Products "determin[e] information associated with the one or more beacons[.]"<br><br>*See* Claim Element 18.2. |
| **[22.3]** providing, to one or more server computers, the information; | The Accused Products "provid[e], to one or more server computers, the information[.]"<br><br>*See* Claim Element 18.3. |
| **[22.4]** receiving, from the one or more server computers, an indication that the mobile phone is in a defined geographical area in which gambling is permitted, the indication being based on the information; and | The Accused Products "receiv[e] from the one or more server computers, an indication that the mobile phone is in a defined geographical area in which gambling is permitted, the indication being based on the information[.]"<br><br>*See* Claim Element 18.4. |
| **[22.5]** performing, based on the indication, an action. | The Accused Products "perform[], based on the indication, an action."<br><br>*See* Claim Element 18.5. |

| Claim Element | Accused Products |
|---|---|
| **[24]** The method of claim 22, wherein the defined geographical area is a geo-fenced region based on at least one coverage area of the one or more beacons. | The Accused Products include "wherein the defined geographical area is a geo-fenced region based on at least one coverage area of the one or more beacons."<br><br>*See* Claim 20. |